1  John L. Cooper (State Bar No. 050324)
       jcooper@fbm.com
2  James W. Morando (State Bar No. 087896)
       jmorando@fbm.com
3  Jeffrey M. Fisher (State Bar No. 155284)
       jfisher@fbm.com
4  Brian J. Keating (State Bar No. 167951)
       bkeating@fbm.com
5  Racheal Turner (State Bar No. 226441)
       rturner@fbm.com
6  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
7  San Francisco, CA  94104
   Telephone:  (415) 954-4400
8  Facsimile:  (415) 954-4480

9  Attorneys for Plaintiff                           E-Filing
   VOLTERRA SEMICONDUCTOR CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                                        CV 08        5129

14  VOLTERRA SEMICONDUCTOR
    CORPORATION, a Delaware corporation,    Case No. _____
15
                    Plaintiff,              **PLAINTIFF VOLTERRA**
16                                          **SEMICONDUCTOR CORPORATION'S**
        vs.                                 **COMPLAINT FOR PATENT**
17                                          **INFRINGEMENT**

18  PRIMARION, INC. a Delaware              **DEMAND FOR JURY TRIAL**
    corporation, INFINEON
19  TECHNOLOGIES AG, a German
    corporation, and INFINEON
20  TECHNOLOGIES NORTH AMERICA
    CORPORATION, a Delaware corporation,
21
                    Defendants.
22

23         Plaintiff Volterra Semiconductor Corporation ("Volterra") hereby alleges as follows:

24                                      **PARTIES**

25         1.      Plaintiff Volterra is a Delaware corporation with its principal place of business in

26  Fremont, California, and is registered to do and is doing business in the State of California.

27  Volterra designs, develops, and markets proprietary, high-performance analog and mixed-signal

28  power management semiconductors for the computing, storage, networking, and consumer

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT                              23666\1751797.2

1   markets.  Volterra's core products are integrated voltage regulator semiconductors and scalable

2   voltage regulator semiconductor chipsets that are used to transform, regulate, deliver, and monitor

3   the power consumed by digital semiconductors, such as microprocessors, graphics processors,

4   digital signal processors, and memory.  Volterra's power management solutions are incorporated

5   into products from leading system designers.

6        2.     Volterra is informed and believes, and on that basis alleges, that Defendant

7   Primarion, Inc. ("Primarion") is a Delaware corporation with its principal place of business in

8   Torrance, California, and is registered to do and is doing business in the State of California.

9        3.     Volterra is informed and believes, and on that basis alleges, that Defendant

10   Infineon Technologies AG ("Infineon") is a German corporation headquartered in Neubiberg,

11   Germany.  According to Infineon's June 30, 2008 Quarterly Report, Infineon acquired Primarion

12   on April 28, 2008 for cash consideration of $50 million "plus a contingent performance-based

13   payment of up to $30 million, in order to further strengthen [Infineon's] activities in the field of

14   power management applications."

15        4.     Volterra is informed and believes, and on that basis alleges, that Defendant

16   Infineon operates in the United States by, among other things, offering its products for sale

17   through its subsidiary Infineon Technologies North America Corporation ("Infineon N.A.").

18   Volterra is informed and believes, and on that basis alleges, that Defendant Infineon N.A. is a

19   Delaware corporation with its principal place of business in Milpitas, California, and is registered

20   to do and is doing business in the State of California.

21   **JURISDICTION AND VENUE**

22        5.     This is an action for patent infringement arising under the patent laws of the

23   United States, codified at 35 U.S.C. § 1 *et seq.*  This Court has subject matter jurisdiction over

24   this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

25        6.     Defendants are subject to personal jurisdiction in this judicial district because, on

26   information and belief, Primarion's principal place of business is in California, Infineon N.A.'s

27   principal place of business is in the Northern District of California, and the Defendants'

28   infringing activities have occurred and continue to occur in this district.  Volterra is further

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT

- 2 -

23666\1751797.2

1   informed and believes, and on that basis alleges, that the accused products have been advertised,

2   marketed, promoted, and offered for sale by the Defendants in this district.  Indeed, Volterra is

3   informed and believes, and on that basis alleges, that a Primarion representative publicly

4   discussed, promoted, and offered to sell the accused products at a September 2008 industry

5   conference in Burlingame, California.  Volterra is further informed and believes, and on that basis

6   alleges, that Defendants have provided evaluation kits containing the accused products to

7   potential customers in this district in an effort to solicit sales of such products.

8       7.       Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c) and

9   28 U.S.C. § 1400(b).

10                          **INTRADISTRICT ASSIGNMENT**

11      8.       This is an intellectual property action and is therefore exempt from intradistrict

12  assignment under Civil Local Rule 3-2(c).  Pursuant to Civil Local Rule 3-2(c), intellectual

13  property actions are assigned on a district-wide basis.

14                          **FIRST CLAIM FOR RELIEF**

15                   **[Infringement of U.S. Patent No. 6,278,264]**

16      9.       Volterra adopts and incorporates by reference the allegations of paragraphs 1

17  through 8 above as if fully set forth herein.

18      10.      On August 21, 2001, the United States Patent and Trademark Office duly and

19  legally issued United States Patent No. 6,278,264, entitled "Flip-Chip Switching Regulator" (the

20  "'264 Patent"), to inventors Andrew J. Burstein and Charles Nickel.  A true and correct copy of

21  the '264 Patent is attached hereto as Exhibit A.

22      11.      Volterra is the owner by assignment of all rights, title and interest in the '264

23  Patent.

24      12.      Volterra is informed and believes and on that basis alleges that, in violation of 35

25  U.S.C. § 271, Defendants have infringed and are infringing, directly, indirectly, contributorily

26  and/or by inducement, the '264 Patent by making, using, offering to sell, and/or selling integrated

27  power stages for voltage regulator applications and related products within the United States

28  and/or by importing such products into the United States.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT

- 3 -

1    13.    On information and belief, Defendants' infringement of the '264 Patent has been

2 and continues to be willful and deliberate and with full knowledge of said patent.

3    14.    On information and belief, Defendants will continue to infringe the '264 Patent,

4 and Volterra will be substantially and irreparably harmed as a result thereof, unless Defendants'

5 infringement is enjoined by this Court.

6    15.    Volterra has suffered damages as a result of Defendants' infringement, and will

7 continue to do so unless Defendants' infringement is enjoined by this Court.

8                           **SECOND CLAIM FOR RELIEF**

9                   **[Infringement of U.S. Patent No. 6,462,522]**

10    16.    Volterra adopts and incorporates by reference the allegations of paragraphs 1

11 through 8 above as if fully set forth herein.

12    17.    On October 8, 2002, the United States Patent and Trademark Office duly and

13 legally issued United States Patent No. 6,462,522, entitled "Transistor Pattern For Voltage

14 Regulator" (the "'522 Patent"), to inventors Andrew J. Burstein and Charles Nickel. A true and

15 correct copy of the '522 Patent is attached hereto as Exhibit B.

16    18.    Volterra is the owner by assignment of all rights, title and interest in the '522

17 Patent.

18    19.    Volterra is informed and believes and on that basis alleges that, in violation of 35

19 U.S.C. § 271, Defendants have infringed and are infringing, directly, indirectly, contributorily

20 and/or by inducement, the '522 Patent by making, using, offering to sell, and/or selling integrated

21 power stages for voltage regulator applications and related products within the United States

22 and/or by importing such products into the United States.

23    20.    On information and belief, Defendants' infringement of the '522 Patent has been

24 and continues to be willful and deliberate and with full knowledge of said patent.

25    21.    On information and belief, Defendants will continue to infringe the '522 Patent,

26 and Volterra will be substantially and irreparably harmed as a result thereof, unless Defendants'

27 infringement is enjoined by this Court.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT          - 4 -                              23666\1751797.2

1    22.    Volterra has suffered damages as a result of Defendants' infringement, and will

2    continue to do so unless Defendants' infringement is enjoined by this Court.

3                    **THIRD CLAIM FOR RELIEF**

4              **[Infringement of U.S. Patent No. 6,713,823]**

5    23.    Volterra adopts and incorporates by reference the allegations of paragraphs 1

6    through 8 above as if fully set forth herein.

7    24.    On March 30, 2004, the United States Patent and Trademark Office duly and

8    legally issued United States Patent No. 6,713,823, entitled "Conductive Routings In Integrated

9    Circuits" (the "'823 Patent"), to inventor Charles Nickel. A true and correct copy of the '823

10    Patent is attached hereto as Exhibit C.

11    25.    Volterra is the owner by assignment of all rights, title and interest in the '823

12    Patent.

13    26.    Volterra is informed and believes and on that basis alleges that, in violation of 35

14    U.S.C. § 271, Defendants have infringed and are infringing, directly, indirectly, contributorily

15    and/or by inducement, the '823 Patent by making, using, offering to sell, and/or selling integrated

16    power stages for voltage regulator applications and related products within the United States

17    and/or by importing such products into the United States.

18    27.    On information and belief, Defendants' infringement of the '823 Patent has been

19    and continues to be willful and deliberate and with full knowledge of said patent.

20    28.    On information and belief, Defendants will continue to infringe the '823 Patent,

21    and Volterra will be substantially and irreparably harmed as a result thereof, unless Defendants'

22    infringement is enjoined by this Court.

23    29.    Volterra has suffered damages as a result of Defendants' infringement, and will

24    continue to do so unless Defendants' infringement is enjoined by this Court.

25                    **FOURTH CLAIM FOR RELIEF**

26              **[Infringement of U.S. Patent No. 6,020,729]**

27    30.    Volterra adopts and incorporates by reference the allegations of paragraphs 1

28    through 8 above as if fully set forth herein.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT    - 5 -    23666\1751797.2

1    31.    On February 1, 2000, the United States Patent and Trademark Office duly and

2    legally issued United States Patent No. 6,020,729, entitled "Discrete-Time Sampling Of Data For

3    Use In Switching Regulators" (the "'729 Patent"), to inventors Anthony J. Stratakos, David B.

4    Lidsky, and William A. Clark.  A true and correct copy of the '729 Patent is attached hereto as

5    Exhibit D.

6    32.    Volterra is the owner by assignment of all rights, title and interest in the '729

7    Patent.

8    33.    Volterra is informed and believes and on that basis alleges that, in violation of 35

9    U.S.C. § 271, Defendants have infringed and are infringing, directly, indirectly, contributorily

10   and/or by inducement, the '729 Patent by making, using, offering to sell, and/or selling

11   semiconductor products for voltage regulator applications within the United States and/or by

12   importing such products into the United States.

13   34.    On information and belief, Defendants' infringement of the '729 Patent has been

14   and continues to be willful and deliberate and with full knowledge of said patent.

15   35.    On information and belief, Defendants will continue to infringe the '729 Patent,

16   and Volterra will be substantially and irreparably harmed as a result thereof, unless Defendants'

17   infringement is enjoined by this Court.

18   36.    Volterra has suffered damages as a result of Defendants' infringement, and will

19   continue to do so unless Defendants' infringement is enjoined by this Court.

20                          **FIFTH CLAIM FOR RELIEF**

21                   **[Infringement of U.S. Patent No. 6,225,795]**

22   37.    Volterra adopts and incorporates by reference the allegations of paragraphs 1

23   through 8 above as if fully set forth herein.

24   38.    On May 1, 2001, the United States Patent and Trademark Office duly and legally

25   issued United States Patent No. 6,225,795, entitled "Discrete-Time Sampling Of Data For Use In

26   Switching Regulators" (the "'795 Patent"), to inventors Anthony J. Stratakos, David B. Lidsky,

27   and William A. Clark.  A true and correct copy of the '795 Patent is attached hereto as Exhibit E.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT          - 6 -          23666\1751797.2

1       39.    Volterra is the owner by assignment of all rights, title and interest in the '795

2   Patent.

3       40.    Volterra is informed and believes and on that basis alleges that, in violation of 35

4   U.S.C. § 271, Defendants have infringed and are infringing, directly, indirectly, contributorily

5   and/or by inducement, the '795 Patent by making, using, offering to sell, and/or selling

6   semiconductor products for voltage regulator applications within the United States and/or by

7   importing such products into the United States.

8       41.    On information and belief, Defendants' infringement of the '795 Patent has been

9   and continues to be willful and deliberate and with full knowledge of said patent.

10      42.    On information and belief, Defendants will continue to infringe the '795 Patent,

11  and Volterra will be substantially and irreparably harmed as a result thereof, unless Defendants'

12  infringement is enjoined by this Court.

13      43.    Volterra has suffered damages as a result of Defendants' infringement, and will

14  continue to do so unless Defendants' infringement is enjoined by this Court.

15                              **PRAYER FOR RELIEF**

16      WHEREFORE, Volterra prays as follows:

17      1.    For a judgment declaring that Defendants have, directly, indirectly, contributorily

18  and/or by inducement, willfully infringed the patents-in-suit;

19      2.    For preliminary and permanent injunctions enjoining Defendants and their

20  officers, directors, agents, servants, employees, attorneys, successors and assigns, and all other

21  persons acting in concert or participation with them, from infringing, inducing others to infringe,

22  or contributing to the infringement of the patents-in-suit;

23      3.    For an award of damages pursuant to 35 U.S.C. § 284, including interest, adequate

24  to compensate Volterra for Defendants' infringement of the patents-in-suit;

25      4.    For an award of enhanced damages pursuant to 35 U.S.C. § 284, including interest,

26  for Defendants' willful and deliberate acts of infringement;

27      5.    For a judgment declaring this case exceptional under 35 U.S.C. § 285, and for an

28  award of attorneys' fees, costs, and expenses; and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT

- 7 -

23666\1751797.2

1    6.    For such other and further relief as this Court deems just and proper.

2

3    Dated: November 12, 2008                    FARELLA BRAUN & MARTEL LLP

4

5                                                By: _____

6                                                    Jeffrey M. Fisher

7                                                Attorneys for Plaintiff
                                                 VOLTERRA SEMICONDUCTOR
8                                                CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT                - 8 -                    23666\1751797.2

1

## DEMAND FOR JURY TRIAL

2       Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Volterra Semiconductor

3  Corporation hereby demands a trial by jury on all issues so triable.

4

5  DATED:  November 12, 2008                    FARELLA BRAUN & MARTEL LLP

6

7                                              By: _____

8                                                  Jeffrey M. Fisher

9                                              Attorneys for Plaintiff
                                               VOLTERRA SEMICONDUCTOR
                                               CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

VOLTERRA SEMICONDUCTOR CORPORATION'S
COMPLAINT FOR PATENT INFRINGEMENT                    - 9 -                         23666\1751797.2