John L. Cooper (State Bar No. 050324)
  jcooper@fbm.com
James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Brian J. Keating (State Bar No. 167951)
  bkeating@fbm.com
Racheal Turner (State Bar No. 226441)
  rturner@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC. a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV 08-5129 CRB<br>ORDER<br>**STIPULATION EXTENDING TIME FOR VOLTERRA SEMICONDUCTOR CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COUNTERCLAIMS OF PRIMARION, INC. AND INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION (Local Rule 6-1(a))** |

Pursuant to Local Rule 6-1(a), Plaintiff Volterra Semiconductor Corporation ("Volterra") and Defendants Primarion, Inc. ("Primarion") and Infineon Technologies North America Corporation ("IFNA") hereby stipulate to an extension of time for Volterra to answer or otherwise respond to Primarion and IFNA's counterclaims up to and including January 27, 2009. This stipulation will not alter the date of any event or deadline already fixed by Court order.

STIP. EXTENDING TIME FOR VOLTERRA
TO RESPOND TO COUNTERCLAIMS
CASE NO. CV 08-5129 CRB

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

23666\1811292.1

IT IS SO STIPULATED,

DATED: December 23, 2008                    FARELLA BRAUN & MARTEL LLP


By: _____/s/ Jeffrey M. Fisher_____
     Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION


DATED: December 23, 2008                    McDERMOTT WILL & EMERY LLP
                    24


By: _____
     David H. Dolkas

Attorneys for Defendants
PRIMARION, INC. and INFINEON
TECHNOLOGIES NORTH AMERICA
CORPORATION


Dated:   1/7/09

**IT IS SO ORDERED**
*/s/ Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. EXTENDING TIME FOR VOLTERRA
TO RESPOND TO COUNTERCLAIMS                    - 2 -                    23666\1811292.1
CASE NO. CV 08-5129 CRB