UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants.<br><br>AND COUNTERCLAIMANTS | CASE NO.  CV-08-5129 CRB<br><br>Judge Charles Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

### STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION

Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., and Infineon Technologies North America Corp. have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in private mediation. The parties are in the process of working out the details of the anticipated mediation and have exchanged with each other the

(No. CV-08-5129)

names of several potential mediators. The parties believe they will be able to reach agreement on a mediator. The parties further agree to hold the private mediation session following the taking of initial discovery by Volterra regarding infringement and initial discovery by Defendants regarding their affirmative defenses. The parties intend to complete this initial discovery sometime over the next 90 to 120 days. Thereafter, and following an opportunity to assess the discovery obtained, the parties will mediate the matter.

Dated: February 25, 2009

FARELLA, BRAUN & MARTEL LLP
JEFFREY M. FISHER
ATTORNEY FOR PLAINTIFFS,
VOLTERRA SEMICONDUCTOR
CORPORATION

By:  /s/
     Jeffrey M. Fisher

Dated: February 25, 2009

McDERMOTT WILL & EMERY LLP
DAVID H. DOLKAS
ATTORNEY FOR DEFENDANTS,
PRIMARION, INC. AND INFINEON
TECHNOLOGIES NORTH AMERICAN
CORP.

By:  /s/
     David H. Dolkas

### [PROPOSED] ORDER

Pursuant to the parties Stipulation To Alternative Dispute Resolution, the above-entitled action is hereby referred to private mediation. The deadline for the parties to hold a private mediation session is not later than September 1, 2009.

**IT IS SO ORDERED.**

Dated: February 26, 2009

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

- 2 -                                                                (No. CV-08-5129 CRB)