IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br> PRIMARION, INC. et al.,<br><br>              Defendants.                       / | No. C 08-05129 CRB<br><br>**ORDER** |

Now pending before the Court is plaintiff's motion to hear its motions for discovery on shortened time. Having reviewed the papers, including defendants' opposition, the motion for shortened time is DENIED. The Court will hear all currently pending motions, including the motion to bifurcate, on **Friday, April 24, 2009.** The parties shall prepare their joint case management conference statement after the Court rules on the pending motions.

**IT IS SO ORDERED.**

Dated: March 27, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\5129\orderreshortenedtime.wpd