1 | James W. Morando (State Bar No. 087896)
     jmorando@fbm.com
2 | Jeffrey M. Fisher (State Bar No. 155284)
     jfisher@fbm.com
3 | Racheal Turner (State Bar No. 226441)
     rturner@fbm.com
4 | Farella Braun & Martel LLP
   | 235 Montgomery Street, 17th Floor
5 | San Francisco, CA  94104
   | Telephone:  (415) 954-4400
6 | Facsimile:  (415) 954-4480

7 | Attorneys for Plaintiff
   | VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation, | Case No. CV-08-5129 CRB |
|---|---|
| Plaintiff, | **STIPULATION REGARDING VOLTERRA'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATION OF CRAIG TEUSCHER (Local Rule 79-5(c))** |
| vs. | |
| PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Local Rule 79-5(c), 7-11(a), and 7-12, Plaintiff Volterra Semiconductor Corporation ("Volterra") and Defendants Primarion, Inc. ("Primarion"), Infineon Technologies North America Corp. ("Infineon N.A."), and Infineon Technologies AG ("Infineon AG") hereby stipulate that Volterra may file portions of the Declaration of Craig Teuscher under seal because

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE VOLTERRA'S ADMIN. MOT.
FOR LEAVE TO FILE TEUSCHER DECL.
UNDER SEAL / Case No. CV-08-5129 CRB

23666\1919228.1

Plaintiff asserts it contains information that Volterra contends is non-public, highly confidential, and proprietary to Volterra and/or other third parties.

    IT IS SO STIPULATED,

DATED: April 10, 2009                              FARELLA BRAUN & MARTEL LLP

By:  */s/ Jeffrey M. Fisher*
      Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

DATED: April 10, 2009                              McDERMOTT WILL & EMERY LLP

By:  */s/ David H. Dolkas*
      David H. Dolkas

Attorneys for Defendants
PRIMARION, INC., INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, and INFINEON TECHNOLOGIES AG

**IT IS SO ORDERED**

*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE VOLTERRA'S ADMIN. MOT.
FOR LEAVE TO FILE TEUSCHER DECL.
UNDER SEAL / Case No. CV-08-5129 CRB    - 2 -    23666\1919228.1