UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP.,<br><br>    Plaintiff(s),<br><br>v.<br><br>PRIMARION, INC., ET. AL.,<br><br>    Defendant(s).<br>_____/ | No. C 08-05129 JCS<br><br>**ORDER DENYING MOTION TO RESCHEDULE DEPOSITION, ORDER TO MEET AND CONFER BY MAY 21, 2009 [Docket No. 81], AND ORDER SETTING CASE MANAGEMENT CONFERENCE [Reassigned Case]** |

On May 19, 2009, the parties filed a Joint Letter on Discovery Dispute [Docket No. 81].

IT IS HEREBY ORDERED that the Motion to Reschedule Defendant Primarion's Witness Deposition on Technical Issues, scheduled for May 20, 2009, is DENIED.

IT IS HEREBY FURTHER ORDERED that lead trial counsel for the parties shall meet and confer, in person, on all outstanding discovery issues on **May 21, 2009.**

IT IS HEREBY FURTHER ORDERED that the above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial and all further proceedings, and pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **May 29, 2009, at 1:30 p.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Any party seeking a continuance shall submit a stipulation and proposed order.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed.

//

//

1  All documents filed with the Clerk of the Court shall list the civil case number followed only
2  by the initials "**JCS**."  One copy shall be clearly marked as a <u>chambers</u> copy.
3  IT IS SO ORDERED.

5  Dated:  May 20, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2