UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 08-05129 JCS<br><br>JOINT REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO JUNE 12, 2009 AND ~~PROPOSED~~ ORDER |

Pursuant to the Court's Standing Order Re: Calendar and Conferences, counsel for Defendants request that the Case Management Conference now scheduled for Friday, May 29, 2009 to Friday, June 12, 2009. Both lead counsel for Defendants, Terrence P. McMahon and David Dolkas, are out of town on May 29 and will be in New York on another client matter. Counsel for Volterra does not object to rescheduling the Case Management Conference to June 12. Lead counsel for Volterra, James Morando, has an out of town conflict on Friday, June 5.

JOINT REQUEST TO CONTINUE THE CASE
MANAGEMENT CONFERENCE TO JUNE 12, 2009
AND ~~PROPOSED~~ ORDER

CASE NO.: C 08-05129 JCS

1  Consequently, Friday June 12 is the first available Friday afternoon that lead counsel for the
2  parties are available to appear in person before the Court for the Case Management Conference.
3       In the event this request to continue the Case Management Conference to Friday, June
4  12 is denied, counsel for Defendants respectfully request permission to appear telephonically in
5  accordance with Civil L.R. 16-10(a).

6  Dated: May 22, 2009          FARELLA BRAUN & MARTELL LLP

8           By: /s/
9              JAMES MORANDO
            Attorney for Plaintiff, VOLTERRA
            SEMICONDUCTOR CORPORATION

12  Dated: May 22, 2009          McDERMOTT WILL & EMERY LLP

14           By: /s/
15              TERRENCE P. MCMAHON
            VERA M. ELSON
            DAVID H. DOLKAS
            Attorneys for Defendants and
            Counterclaimants
            PRIMARION, INC., INFINEON
            TECHNOLOGIES NORTH AMERICA
            CORP., and INFINEON
            TECHNOLOGIES AG

**ORDER**

On stipulation of the parties, and good cause appearing,

IT IS ORDERED that the hearing on Case Management presently set for Friday, May 29, 2009, be reset for Friday, June 12, 2009 at 1:30 p.m.

Dated: May 26, 2009    _____ Judge



MPK 153858-1.072750.0023

JOINT REQUEST TO CONTINUE THE CASE
MANAGEMENT CONFERENCE TO JUNE 12, 2009     - 3 -     CASE NO.: C 08-05129 JCS
AND ~~PROPOSED~~ ORDER

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Middlefield Road, Suite 100, Menlo Park, CA 94025-4004. I served a copy of the within document(s):

**JOINT REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO JUNE 12, 2009 AND PROPOSED ORDER**

☒ I electronically filed the with the Clerk of the Court using the CM/ECF system

☐ By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on this date

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐ By Personal Service: I served a true copy to each person[s] named at the address[es] shown.

☐ By Federal Express: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business

Jeffrey Fisher (jfisher@fbm.com), James Morando (jmorando@fbm.com),
Racheal Turner (rturner@fbm.com) and Gina Renteria (grenteria@fbm.com)

FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Attorneys for Plaintiff, Volterra Semiconductor Corporation, a Delaware Corporation

Executed on May 22, 2009 at Menlo Park, California.

/s/ Maria Collins
Maria Collins

MPK 153865-1.072750.0023

Certificate of Service                              CASE NO.: C 08-05129 JCS