UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. C 08-05129 JCS<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER RE: DATE FOR SERVING DEFENDANTS' INVALIDITY CONTENTIONS** |

The Parties stipulate to the following:

As a result of the Court (Judge Breyer) conducting the initial Case Management Conference in this action on May 5, 2009 instead of May 1, 2009 when it was initially scheduled, pursuant to Patent L.R. 3-1, Plaintiff Volterra Semiconductor Corporation served its Infringement Contentions under Patent L.R. 3-1 and 3-2 on May 20, 2009. Patent L.R. 3-3 provides that Defendants' invalidity contentions shall be served 45 days thereafter, i.e., on July 6, 2009.

Stipulation and Order                          -1-                          CASE NO.: C 08-05129 JCS

1  The Court's Amended Case Management and Pretrial Order states that the Defendants'
2  Invalidity Contentions shall be served on June 29 (or 45 days from May 15, the assumed date of
3  service of Plaintiff's Infringement Contentions).

4  Because Plaintiff's Infringement Contentions were served on May 20, 2009, Defendants
5  shall have until July 6, 2009 to serve its Invalidity Contentions under Patent Local Rule 3-3 and
6  3-4. Plaintiff does not object to this extending the date from June 29, 2009 to July 6, 2009.

7  The other deadlines set forth in the Court's Amended Case Management and Pretrial
8  Order shall remain unchanged.

9  DATED:   June 23, 2009                    FARELLA BRAUN & MARTEL LLP

11
12                                            By:   /s/
                                                    James W. Morando
13                                                  Attorneys for Plaintiff
                                                    VOLTERRA SEMICONDUCTOR
14                                                  CORPORATION

15  DATED:   June 23, 2009                    McDERMOTT WILL & EMERY LLP

17                                            By:   /s/
                                                    David H. Dolkas
18                                                  Attorneys for Defendants
                                                    PRIMARION, INC., INFINEON
19                                                  TECHNOLOGIES AG and
                                                    INFINEON TECHNOLOGIES
20                                                  NORTH AMERICA CORP.

Stipulation and Order                 - 2 -                     CASE NO.: C 08-05129 JCS

**[PROPOSED] ORDER**

Pursuant to the parties Stipulation to extend the date, Defendants shall have until July 6, 2009 to serve its Invalidity Contentions under Patent Local Rule 3-3 and 3-4.

**IT IS SO ORDERED.**

Dated: June 24, 2009



MPK 154939-1.072750.0023

Stipulation and Order — - 3 - — CASE NO.: C 08-05129 JCS

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Middlefield Road, Suite 100, Menlo Park, CA 94025-4004. I served a copy of the within document(s):

**STIPULATION AND PROPOSED ORDER RE: DATE FOR SERVING DEFENDANTS' INVALIDITY CONTENTIONS**

☒ I electronically filed the with the Clerk of the Court using the CM/ECF system

☒ By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on this date

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐ By Personal Service: I served a true copy to each person[s] named at the address[es] shown.

☐ By Federal Express: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business

Jeffrey Fisher (jfisher@fbm.com), James Morando (jmorando@fbm.com),
Racheal Turner (rturner@fbm.com) and Gina Renteria (grenteria@fbm.com)

FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Attorneys for Plaintiff, Volterra Semiconductor Corporation, a Delaware Corporation

Executed on June 23, 2009 at Menlo Park, California.

/s/ Maria Collins
Maria Collins

MPK 154941-1.072750.0023

Certificate of Service                                    CASE NO.: C 08-05129 JCS