UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>PRIMARION, INC., ET AL.,<br><br>　　　　　　　Defendant(s).<br>_____/ | Case No.  C08-05129 JCS<br><br>**ORDER ON DISCOVERY RE: JOINT LETTER BRIEF [Docket No. 96]** |

　　　　On July 2, 2009, the parties filed a Joint Letter Brief regarding Plaintiff's Discovery Responses (First Set of Interrogatory Answers and Production of Documents).

　　　　On July 13, 2009, a hearing was held. James Morando and Jeffrey Fisher, counsel for Plaintiff, appeared. Vera Elson and Dave Dolkas, counsel for Defendant, appeared.

　　　　For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED:

1. By close of business on 7/15/9, Plaintiff shall provide a list of products that they contend practice one or more of patents in suit, and on which they will rely for purposes of the pending motions for preliminary injunction and summary judgment to the exclusion of any product or products that they may currently have or may have had.  Except for the products on this list, plaintiff may not assert that any of its products practice any of the patents in suit in the pending motions for preliminary injunction or summary judgment.  By 7/24/9 Plaintiff shall provide full and complete answers to Interrogatory Number 8(e) with respect to the listed products.  In addition, by that date, Plaintiff shall answer the remaining portions of Interrogatory 8 with respect to all products to which it is applicable.   The parties shall meet-and-confer before 9/18/9 on the remaining current products with respect to Interrogatory Number 8 (e).

2. Parties to meet-and-confer regarding document requests 65 and 66.

3. Plaintiff shall produce by 7/24/9 for the listed products all schematics of the final product, the single composite high level layer plot for the final product, the final design reviews, and final product specifications. The parties shall then meet and confer regarding production of additional technical documents, such as specific layer plots.

IT IS SO ORDERED.

Dated: July 15, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge

2