UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants. | CASE NO. C 08-05129 JCS<br><br>[**PROPOSED**] SEALING ORDER (LOCAL RULE 79-5 (d)) |
| AND RELATED COUNTERCLAIMS. | |

This matter comes before the Court pursuant to N.D. Cal. Civil Local Rule 79-5(d) to serve a declaration and proposed sealing order in response to Volterra's Administrative Motion for Leave to File Under Seal Portions of Its Motion for Preliminary Injunction, Motion for Summary Judgment of Infringement, and Supporting Declarations. Having considered Defendants' declaration, as well as the pleadings and materials lodged in this matter, the Court finds good cause and GRANTS the proposed sealing order.

[PROPOSED] SEALING ORDER (LOCAL RULE 79-5(d))　　　　　　　　　　　　　　　　　　　　CASE NO.: C 08-05129 JCS

1   **IT IS HEREBY ORDERED** that the following document should be sealed:

2   - Exhibit T of the Combined Declaration of Jeffrey M. Fisher in Support of
3   Volterra's Motion for Summary Judgment of Infringement and Motion for
4   Preliminary Injunction

5   **IT IS SO ORDERED.**

6   Dated:   8/12/09



MAGISTRATE JUDGE JOSEPH C. SPERO
United States Magistrate Judge

19  MPK 156419-2.072750.0023

**[PROPOSED] SEALING ORDER (LOCAL RULE 79-5(d))**   - 2 -   CASE NO.: C 08-05129 JCS