UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>            Plaintiff(s),<br><br>    v.<br><br>PRIMARION, INC., ET AL.,<br><br>            Defendant(s).<br>_____/ | Case No.  C08-05129 JCS<br><br>**ORDER ON DISCOVERY RE: JOINT LETTER BRIEF REGARDING UNRESOLVED DISCOVERY DISPUTE [Docket No. 182-1/Sealed Docket No. 186]** |

On July 28, 2009, the parties filed a Joint Letter Brief Regarding Unresolved Discovery Dispute (the "Joint Letter").

On August 14, 2009, a hearing was held on the Joint Letter. Jeffrey Fischer and James Morando, counsel for Plaintiff, appeared. Dave Dolkas and Vera Elson, counsel for Defendants', appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that

1. On or before September 11, 2009, Plaintiff shall supplement its answers to Interrogatories 2 and 13 to provide all of the information requested in the Joint Letter;

2. On or before September 11, 2009, Defendant Primarion shall supplement its answer to Interrogatory 1 to provide the specific dates on which the events regarding all four early power stage products depicted in the answer to that interrogatory occurred, and identify the Bates numbers of documents which contain the information supporting the interrogatory answer;

3. On or before October 16, 2009, Defendant Primarion shall supplement its answers to Interrogatories 4, 5 and 6 by providing a complete list of all of Plaintiff's patents, and all of Plaintiff's integrated power stage products, with respect to which Defendant

conducted any technical analysis, and shall produce all documents relating to these technical analyses. Defendant shall then produce a witness or witnesses, under Fed. R. Civ. P. 30(b)(6), to testify on each of these analyses.

4. Plaintiff's motion to compel further answers to Interrogatories 7, 8, and 9 is Denied.

5. Defendants shall search for and produce responsive documents from the files of the nine additional custodians identified in the Joint Letter. The parties shall meet and confer and set a date for production of these documents that is in advance of the Rule 30(b)(6) deposition on defendants' analyses of plaintiff's products and patents.

IT IS SO ORDERED.

Dated: August 24, 2009

JOSEPH C. SPERO
United States Magistrate Judge

2