UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**<br><br>Dept:     Courtroom A, 15th Floor<br>Before:   Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date:      None set<br>Claim Const.<br>Hearing:         December 18, 2009<br>                 11:00 a.m. |

Pursuant to Patent Local Rule ("Patent L.R.") 4-3, the parties jointly submit this Joint Claim Construction and Prehearing Statement regarding U.S. Patent Nos. 6,278,264, 6,462,522, and 6,713,823 (collectively "the patents-in-suit").

(a)     Pursuant to Patent L.R. 4-3(a), the construction of those claim terms on which the parties agree is as follows: None.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PATENT L.R. 4-3 JOINT CLAIM
CONSTRUCTION AND PREHEARING STMT.
Case No. CV-08-5129 JCS

23666\2016828.3

1    (b)     Pursuant to the Court's Amended Case Management and Pretrial Order dated June 22, 2009 and Patent L.R. 4-3(c), the parties have each identified five claim terms, for a total of ten, to be construed by the Court.  Pursuant to Patent L.R. 4-3(c), each side's proposed construction of these claim terms and each side's identification of all references from the specification or prosecution history that support that construction, and an identification of extrinsic evidence known to support the proposed construction of the claim or oppose any other's proposed construction of the claim are set forth in Exhibit A to this Statement.

Plaintiff does not believe that the construction of any of these claim terms will be case or claim dispositive.  Defendants believe, according to the Court's Amended Case Management and Pretrial Order dated June 22, 2009, and the express language in Patent L.R. 4-3(c), that the terms identified in Exhibit A are the terms that are "most significant to the resolution of the case."  Defendants contend that, except for the term "integrated circuit," all terms identified in Exhibit A are case or claim dispositive.

(c)     Defendants contend that pursuant to Patent L.R. 4-3(b), each party must provide a proposed construction of each "disputed term" with identified references from the specification or prosecution history and any extrinsic evidence that support its proposed construction.  For any other terms not identified in Exhibit A to this Statement, pursuant to Patent L.R. 4-3(b), Defendants have provided constructions for "each disputed term" in Exhibit B to this Statement (Defendants' Constructions of Additional Disputed Terms).  These constructions are provided in the event that the Court deems that additional constructions are necessary.

Volterra does not agree with Defendants' position or submission of Exhibit B in light of the Court's Amended Case Management and Pretrial Order dated June 22, 2009 providing that no more than ten terms will be construed at the Claim Construction Hearing.

(d)     The claim construction hearing is set for December 18, 2009 at 11:00 a.m.  Pursuant to Patent L.R. 4-3(d), Volterra anticipates that the length of time necessary for the claim construction hearing to be two hours.  Defendants anticipate that the length of time necessary for the claim construction hearing to be at least half a day, or as much time as the Court needs to make a decision.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PATENT L.R. 4-3 JOINT CLAIM
CONSTRUCTION AND PREHEARING STMT.    - 2 -                                    23666\2016828.3
Case No. CV-08-5129 JCS

1  (e) Pursuant to Patent L.R. 4-3(e), Volterra states that it proposes to call Dr. Thomas Szepesi to provide expert testimony at the claim construction hearing and that he will be available at the hearing. Volterra does not agree with the Defendants' position set forth below or their characterization of the Court's comments. Volterra also notes that the statement below that "Defendants currently do not plan on calling an expert to testify at the hearing" is inconsistent with Defendants' statement in Attachment A which states that "If permitted Defendants would offer expert testimony consistent with these disclosures…".

Defendants' position is that based on the Court's statement at the June 12 Case Management Conference, the Court does not wish to have expert testimony as part of the Markman hearing, and therefore, Defendants currently do not plan on calling an expert to testify at the hearing in light of the Court's statements that it will not hear expert testimony. In the event that the Court permits expert testimony, Defendants reserve all rights to provide expert testimony consistent with this disclosure of proposed constructions. Defendants plan to have their expert available at the claim construction hearing to answer any questions that the Court may have.

| | |
|---|---|
| DATED: August 31, 2009 | FARELLA BRAUN & MARTEL LLP |
| I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | By: /s/<br>James W. Morando<br><br>Attorneys for Plaintiff<br>VOLTERRA SEMICONDUCTOR CORPORATION |
| DATED: August 31, 2009 | McDERMOTT WILL & EMERY LLP<br><br>By: /s/<br>David H. Dolkas<br><br>Attorneys for Defendants<br>PRIMARION, INC., INFINEON TECHNOLOGIES AG and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PATENT L.R. 4-3 JOINT CLAIM
CONSTRUCTION AND PREHEARING STMT. - 3 -
Case No. CV-08-5129 JCS

23666\2016828.3