UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>Defendants.<br>_____/ | Case No. C-08-05129 JCS<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

On Friday, October 2, 2009, the parties filed post-hearing briefs (the "October 2 briefs") addressing the amount of the bond to be posted by Volterra in connection with a preliminary injunction, and the scope and timing of the preliminary injunction. The parties shall provide the following additional briefing: 1) both parties shall file opposition briefs, addressing any issues raised in the October 2 briefs, no later than **Friday, October 9, 2009**; 2) the parties shall file reply briefs no later than **Tuesday, October 13, 2009.**

IT IS SO ORDERED.

Dated: October 7, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge