James W. Morando (State Bar No. 087896)
jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINES FOR CLAIM CONSTRUCTION BRIEFING**<br><br>**(Civil L.R. 6-2)** |

WHEREAS, pursuant to the Amended Case Management and Pretrial Order, dated June 22, 2009 and N.D. Cal. Patent L.R. 4-5, the following claim construction briefing schedule is in effect in this action:

A. Volterra's Opening Claim Construction brief is due October 13, 2009

B. Defendants' Responsive Claim Construction brief is due October 27, 2009

C. Volterra's Reply Claim Construction brief is due November 5, 2009

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND DEADLINE ON CLAIM CONSTRUCTION BRIEFING SCHEDULE; Case No. CV-08-5129 JCS

23666\2061069.1

Case3:08-cv-05129-JCS Document412 Filed10/07/09 Page2 of 3

WHEREAS, the Parties believe it will be beneficial for the parties to have additional time to review and analyze the Court's impending order granting Volterra's Motion for Entry of Preliminary Injunction prior to preparing claim construction briefs.

WHEREAS, the Parties believe that entering into this Stipulation shall not affect any existing dates, including (i) the preliminary injunction proceedings and/or any potential motion for reconsideration or appeal relating thereto, (ii) the technology tutorial presently set for December 11, 2009 or (iii) the Markman hearing presently set for December 18, 2009.

Accordingly, pursuant to Civil Local Rule 6-2 and 7-12 and subject to the Court's approval, IT IS HEREBY STIPULATED as follows:

The Parties request that the Court extend the deadline to file Claim Construction briefs as follows:

1. Volterra's Opening brief will be due on October 22, 2009;
2. Defendants' Responsive brief will be due on November 3, 2009; and
3. Volterra's Reply brief will be due on November 10, 2009.

**IT IS SO STIPULATED.**

DATED: October 6, 2009

FARELLA BRAUN & MARTEL LLP

By: /s/Jeffrey M. Fisher
Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

DATED: October 6, 2009

McDERMOTT WILL & EMERY LLP

By: /s/ David H. Dolkas
David H. Dolkas

Attorneys for Defendants
PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND DEADLINE ON CLAIM CONSTRUCTION BRIEFING SCHEDULE; Case No. CV-08-5129 JCS

- 2 -

23666\2061069.1

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION IT IS SO ORDRED THAT:

The deadlines for to the parties to file their claim construction briefs are amended as follows:

1. Volterra's Opening brief will be due on October 22, 2009;
2. Defendants' Responsive brief will be due on November 3, 2009; and
3. Volterra's Reply brief will be due on November 10, 2009.

**IT IS SO ORDERED.**

DATED: 10/7/9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

THE [illegible] C. SPERO

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400