UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-08-05129 JCS<br><br>**ORDER TO FILE UNDER SEAL COURT'S NOVEMBER 17, 2009 ORDER** |

The Court hereby ORDERS that its November 17, 2009 order on Plaintiff's preliminary injunction and summary judgment motions [Docket No. 566] is under seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

IT IS SO ORDERED.

Dated: November 17, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge