1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation <br><br> Defendants. | CASE NO.  C 08-05129 JCS <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER RE: FILING DATES REGARDING DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE PLAINTIFF'S NEW CLAIM CONSTRUCTIONS AND EVIDENCE IN PLAINTIFF'S REPLY CLAIM CONSTRUCTION PAPERS** |
| AND RELATED COUNTERCLAIMS. | |

Defendants Primarion, Inc., Infineon Technologies AG, Infineon Technologies North America Corp., and Plaintiff Volterra Semiconductor Corporation have agreed to the following briefing schedule for Defendants' Objections and Motion to Strike New Claim Constructions and Evidence In Plaintiff's Reply Claim Construction Papers currently scheduled for hearing on January 22, 2010:

Plaintiff shall have until December 30, 2009 to file its opposition brief to Defendants'

1 | Objections and Motion to Strike New Claim Constructions and Evidence In Plaintiff's Reply

2 | Claim Construction Papers and Defendants are to file their reply brief to Plaintiff's opposition by

3 | January 6, 2010.  Plaintiff does not object to this extended date.

4 | DATED:      December 22, 2009                    FARELLA BRAUN & MARTEL LLP

6 |                                                 By:    /s/ Jeffrey M. Fisher
7 |                                                        Jeffrey M. Fisher
8 |                                                        Attorneys for Plaintiffs
  |                                                        VOLTERRA SEMICONDUCTOR
9 |                                                        CORPORATION

10 | DATED:      December 22, 2009                    McDERMOTT WILL & EMERY LLP

12 |                                                 By:    /s/ David H. Dolkas
13 |                                                        David H. Dolkas
   |                                                        Attorneys for Defendants
14 |                                                        PRIMARION, INC., INFINEON
   |                                                        TECHNOLOGIES AG and
15 |                                                        INFINEON TECHNOLOGIES
   |                                                        NORTH AMERICA CORP.

17 |                          [~~PROPOSED~~] ORDER

18 |         Pursuant to the parties' Stipulation to extend the dates, Plaintiff shall have until December

19 | 30, 2009 to file its opposition brief to Defendants' Objections and Motion to Strike New Claim

20 | Constructions and Evidence In Plaintiff's Reply Claim Construction Papers and Defendants shall

21 | have until January 6, 2010 to serve its reply brief to Plaintiff's opposition.

22 | **IT IS SO ORDERED**.

24 | Dated:  12/23/09 _____

   | JOS[...]
   | Unit[...]dge
   | Judge Joseph C. Spero

27 | MPK 160018-1.072750.0023

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK