James W. Morando (State Bar No. 087896)
jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
jfisher@fbm.com
Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR BRIEFING ON THE PARTIES' MOTIONS RELATED TO VOLTERRA'S SUBPOENA OF DR. RICHARD FAIR (Civil L.R. 6-2)**<br><br>Date: No Hearing Req'd [Local Rule 6-2(b)]<br><br>Complaint Filed: November 12, 2008<br>Trial Date: None set |

STIP AND [PROPOSED] ORDER RE
BRIEFING ON MOTIONS RE FAIR
SUBPOENA / Case No. CV-08-5129 JCS

23666\2140095.1

1   WHEREAS, on December 31, 2009, Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG (collectively, "Defendants") filed a Motion for Protective Order and Motion to Quash Plaintiff's Subpoena Duces Tecum Served on Non-Party Witness, Dr. Richard Fair, Dkt. No. 613, ("Motion to Quash").

WHEREAS, counsel for Plaintiff Volterra Semiconductor Corporation ("Volterra") and counsel for Defendants and Dr. Fair have met and conferred regarding Defendants' Motion to Quash and Volterra's anticipated Motion to Compel Dr. Fair to Produce Documents in Response to Volterra's Subpoena of Dr. Fair ("Motion to Compel").

WHEREAS, the Parties agree that Defendants' Motion to Quash and Volterra's Motion to Compel should be heard on the same date because both motions address to what extent Dr. Fair should be required to produce documents in response to Volterra's Subpoena.

WHEREAS, this Stipulation will change the date of the hearing on Defendants' Motion to Quash from February 5, 2010 to February 26, 2010, but it will not affect any other existing dates, including the Markman hearing presently set for January 22, 2010.

Accordingly, pursuant to Civil Local Rule 6-2 and 7-12, the Parties request that the Court extend the deadlines related to Defendants' Motion to Quash and enter the following briefing schedule for Volterra's Motion to Compel:

1. Volterra's Motion to Compel and Volterra's Opposition to Defendants' Motion to Quash will be due on January 22, 2010;

2. Dr. Fair's Opposition to Volterra's Motion to Compel will be due on February 12, 2010;

3. Volterra's Reply in Support of its Motion to Compel and Defendants' Reply in Support of their Motion to Quash will be due February 19, 2010; and

4. The Hearing on both Defendants' Motion to Quash and Volterra's Motion to Compel will be February 26, 2010 at 9:30 a.m.

**IT IS SO STIPULATED.**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER RE
BRIEFING ON MOTIONS RE FAIR                - 2 -                              23666\2140095.1
SUBPOENA / Case No. CV-08-5129 JCS

| | | |
|---|---|---|
| 1 | DATED: January 19, 2010 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Racheal Turner |
| 4 | | Racheal Turner |
| 5 | | Attorneys for Plaintiff<br>VOLTERRA SEMICONDUCTOR<br>CORPORATION |
| 6 | | |
| 7 | DATED: January 19, 2010 | McDERMOTT WILL & EMERY LLP |
| 8 | | |
| 9 | | By: |
| 10 | | David H. Dolkas |
| 11 | | Attorneys for Defendants<br>PRIMARION, INC. and INFINEON<br>TECHNOLOGIES NORTH AMERICA |
| 12 | | CORPORATION |
| 13 | | Attorneys for Non-Party<br>DR. RICHARD FAIR |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER RE
BRIEFING ON MOTIONS RE FAIR
SUBPOENA / Case No. CV-08-5129 JCS     - 3 -     23666\2140095.1

DATED: January 19, 2010           FARELLA BRAUN & MARTEL LLP


By:   /s/ Racheal Turner
      Racheal Turner

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION


DATED: January 19, 2010           McDERMOTT WILL & EMERY LLP


By: [signature]
    David H. Dolkas

Attorneys for Defendants
PRIMARION, INC. and INFINEON
TECHNOLOGIES NORTH AMERICA
CORPORATION

Attorneys for Non-Party
DR. RICHARD FAIR

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [PROPOSED] ORDER RE
BRIEFING ON MOTIONS RE FAIR           - 3 -                    23666\2140095.1
SUBPOENA / Case No. CV-08-5129 JCS

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The deadlines related to Defendants' Motion to Quash, Dkt. No. 613, and Volterra's Motion to Compel are as follows:

1.  Volterra's Motion to Compel and Volterra's Opposition to Defendants' Motion to Quash will be due on January 22, 2010;

2.  Dr. Fair's Opposition to Volterra's Motion to Compel will be due on February 12, 2010;

3.  Volterra's Reply in Support of its Motion to Compel and Defendants' Reply in Support of their Motion to Quash will be due February 19, 2010; and

4.  The Hearing on both Defendants' Motion to Quash and Volterra's Motion to Compel will be February 26, 2010 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: January 21, 2010

THE H_____ JOSEPH C. SPERO

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND [~~PROPOSED~~] ORDER RE BRIEFING ON MOTIONS RE FAIR SUBPOENA / Case No. CV-08-5129 JCS — - 4 - — 23666\2140095.1