**United States District Court**
For the Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 VOLTERRA SEMICONDUCTOR                    No. C-08-05129 JCS
CORPORATION,
8
                    Plaintiff(s),          **ORDER TO FILE UNDER SEAL**
9                                          **TRANSCRIPT OF JANUARY 22, 2010**
                                           **CLAIM CONSTRUCTION HEARING**
10        v.

11 PRIMARION, INC., ET AL.,

12                  Defendant(s).
_____/
13

14        The Court hereby ORDERS that the transcript of the January 22, 2010 Claim Construction

15 hearing shall be filed under seal.  The Court intends to unseal the hearing transcript thirty days from

16 the date of this order.   If any party believes that the hearing transcript contains any confidential

17 information entitled to protection, that party shall file with the Court a declaration establishing such

18 entitlement and any proposed redactions not later than twenty-one days from the date of this Order.

19 The Court Reporter may release the transcript of the January 22, 2010 hearing to counsel in this

20 action.  Pending the Court's unsealing of the transcript, counsel shall adhere to the terms of the

21 stipulated Protective Order in this case governing material designated "Confidential – Outside

22 Counsel's Eyes Only" with respect to those portions of the hearing transcript in which principals of

23 either party were asked to leave the courtroom.

24        IT IS SO ORDERED.

25

26 Dated: January 22, 2010

27                                          _____

28                                          JOSEPH C. SPERO
                                           United States Magistrate Judge