UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>PRIMARION, INC., ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C-08-05129 JCS<br><br>**ORDER TO FILE UNDER SEAL TRANSCRIPT OF JANUARY 27, 2010 CLAIM CONSTRUCTION HEARING** |

The Court hereby ORDERS that the transcript of the January 27, 2010 Claim Construction hearing shall be filed under seal. The Court intends to unseal the hearing transcript thirty days from the date of this order. If any party believes that the hearing transcript contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than twenty-one days from the date of this Order. The Court Reporter may release the transcript of the January 27, 2010 hearing to counsel in this action. Pending the Court's unsealing of the transcript, counsel shall adhere to the terms of the stipulated Protective Order in this case governing material designated "Confidential – Outside Counsel's Eyes Only" with respect to those portions of the hearing transcript in which principals of either party were asked to leave the courtroom.

IT IS SO ORDERED.

Dated: January 27, 2010

                                                                       _____<br>
                                                                       JOSEPH C. SPERO<br>
                                                                       United States Magistrate Judge