UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLTERRA SEMICONDUCTOR
CORPORATION,

               Plaintiff,

    v.

PRIMARION, INC., ET AL.,

               Defendants.

_____/

Case No.  C08-05129 JCS

**ORDER TO MEET AND CONFER TO
SUBMIT A PROPOSED SCHEDULE FOR
THE REMAINDER OF THE CASE**

    IT IS HEREBY ORDERED that lead trial counsel for Plaintiff, and lead trial counsel for Defendants, shall meet and confer, and submit a proposed schedule for the remainder of the case, which shall also include the dates of any further expert disclosure and discovery.  The proposed schedule shall be filed by no later than **Wednesday, March 3, 2010.**

    IT IS SO ORDERED.

Dated:  February 22, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California