# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Terrence P. McMahon
Attorney at Law
tmcmahon@mwe.com
+1 650 815 7501

March 4, 2010

ELECTRONICALLY FILED

The Honorable Joseph C. Spero
District Court Magistrate Judge
United States District Court, San Francisco Division
Court Room A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Permission to admit Vanessa I. Lefort to present oral argument on March 5, 2010 in the matter of Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies North America Corp. and Infineon Technologies AG Case No.: CV 08-05129 JCS

Dear Judge Spero:

I am writing to request permission for one of our attorneys, Vanessa I. Lefort, State Bar No. 260687, to present oral argument at the March 5, 2010 hearing before the Court.

Your permission is needed because she is not presently admitted to the Northern District of California Bar. Per Local Rule 11, Ms. Lefort will bring the papers and check required for admission, noting that as to the Certificate of Good Standing she will have a fax copy. Of course, Ms. Lefort will promptly submit a certified original as soon as she receives one from the State Bar of California.

Our offices contacted counsel for Volterra regarding this matter and they do not object to your granting the requested permission.

Sincerely,

/s/ Terrence P. McMahon

Terrence P. McMahon

cc: Jeffrey Fisher, Esq.
James Morando, Esq.

Dated: March 5, 2010


IT IS SO ORDERED
Judge Joseph C. Spero

U.S. practice conducted through McDermott Will & Emery LLP.
275 Middlefield Road Suite 100 Menlo Park California 94025-4004 Telephone: +1 650 815 7400 Facsimile: +1 650 815 7401 www.mwe.com