James W. Morando (State Bar No. 087896)
    jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
    jfisher@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff VOLTERRA
SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR BRIEFING ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO CIVIL LOCAL RULE 6-3**<br><br>Date:   No Hearing Req'd [Local Rule 6-3(d)]<br><br>Complaint Filed: November 12, 2008<br>Trial Date: January 31, 2011 |
| AND RELATED COUNTERCLAIMS. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE BRIEFING ON MSJ /
CASE NO. CV-08-5129 JCS

23666\2202836.1

1     WHEREAS, on January 21, 2010, Defendants Primarion, Inc., Infineon Technologies

2  North America Corp., and Infineon Technologies AG (collectively, "Defendants") filed a Motion

3  for Partial Summary Judgment that U.S. Patent No. 6,713,823 is Invalid Under 35 U.S.C.

4  § 102(b) (Dkt. No. 665) ("Motion").

5     WHEREAS, counsel for Plaintiff Volterra Semiconductor Corporation ("Volterra") and

6  counsel for Defendants have met and conferred regarding the briefing schedule for Defendants'

7  Motion and have agreed that the deadlines for Volterra's opposition to the Motion, which is

8  presently due on March 26, 2010, and Defendants' reply, which is presently due on April 16,

9  2010 should be extended by one week, without prejudice as to further requests for extension on

10 the briefing schedule for the Motion.

11    WHEREAS, this Stipulation will change the date that Volterra's opposition must be

12 served and filed from March 26, 2010 to April 2, 2010, and the date Defendants' reply must be

13 served and filed from April 16, 2010 to April 23, 2010, but it will not affect any other existing

14 dates, including the hearing on Defendants' Motion presently set for June 18, 2010 at 9:30 a.m.

15    Accordingly, pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the Court

16 extend the deadlines related to Defendants' Motion for Partial Summary Judgment and enter the

17 following briefing schedule:

| Event | Date |
|---|---|
| Volterra's Opposition Due | Friday, April 2, 2010 |
| Defendants' Reply Due | Friday, April 23, 2010 |
| Hearing | Friday, June 18, 2010 at 9:30 a.m. (unchanged) |

**IT IS SO STIPULATED.**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING ON MSJ /
CASE NO. CV-08-5129 JCS

- 2 -

23666\2202836.1

| | | |
|---|---|---|
| 1 | DATED: March 19, 2010 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | By: /s/ James W. Morando |
| | | James W. Morando |
| 4 | | |
| 5 | | Attorneys for Plaintiff VOLTERRA SEMICONDUCTOR CORPORATION |
| 6 | | |
| 7 | DATED: March 19, 2010 | McDERMOTT WILL & EMERY LLP |
| 8 | | |
| 9 | | By: /s/ Daniel R. Foster |
| | | Daniel R. Foster |
| 10 | | |
| 11 | | Attorneys for Defendants PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION |
| 12 | | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING ON MSJ /
CASE NO. CV-08-5129 JCS

- 3 -

23666\2202836.1

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The deadlines related to Defendants' Motion for Partial Summary Judgment that U.S. Patent No. 6,713,823 is Invalid Under 35 U.S.C. § 102(b) (Dkt. No. 665) are as follows:

| Event | Date |
| --- | --- |
| Volterra's Opposition Due | Friday, April 2, 2010 |
| Defendants' Reply Due | Friday, April 23, 2010 |
| Hearing | Friday, June 18, 2010 at 9:30 a.m. (unchanged) |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____



THE HONORABLE JOSEPH C. SPERO

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE BRIEFING ON MSJ /
CASE NO. CV-08-5129 JCS

- 4 -

23666\2202836.1