UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>Defendants.<br>_____/ | Case No. C08-05129 JCS<br><br>**ORDER STRIKING ALL DISCOVERY LETTERS [Docket Nos. 752, 754 and 756]; AND ORDER TO MEET AND CONFER** |

IT IS HEREBY ORDERED that all discovery letters, docket nos. 752, 754, and 756, shall be STRICKEN as not being in compliance with the Court's standing order.

IT IS HEREBY FURTHER ORDERED that lead trial counsel for Plaintiff, and lead trial counsel for Defendant, shall meet and confer, **in person,** no later than **April 14, 2010,** in Courtroom A, 450 Golden Gate Avenue, San Francisco, CA, regarding the subject of the discovery letters, and the Motion for Preclusion set for hearing on May 7, 2010.

IT IS SO ORDERED.

Dated: April 7, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge