United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLTERRA SEMICONDUCTOR
CORPORATION,

          Plaintiff,

    v.

PRIMARION, INC., ET AL.,

          Defendants.

_____/

Case No.  C08-05129 JCS

**AMENDED ORDER STRIKING ALL
DISCOVERY LETTERS [Docket Nos. 752,
753, 754 and 756]**

      On April 7, 2010, the Court issued an Order Striking all Discovery Letters, which were docket nos. 752, 754, and 756.

      It has been brought to the Court's attention that docket no. 753 was a continuation of docket no. 752, and should have also been included in the Court's previous order.

      IT IS HEREBY ORDERED that the Court's April 7, 2010 Order is amended to include docket no. 753 as being stricken from the record.

      IT IS SO ORDERED.

Dated: April 15, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge