UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **CASE NO.  C 08-05129 JCS**<br><br>**STIPULATION AND JOINT REQUEST THAT THE COURT CONSTRUE THE CLAIM TERM "FABRICATED ON A SURFACE OF THE SUBSTRATE"** |

Plaintiff Volterra Semiconductor Corporation ("Plaintiff") and Defendants Primarion, Inc., Infineon Technologies AG and Infineon Technologies North America Corp. ("Defendants"), by and through their respective counsel, jointly stipulate and make the following request:

1.     The Court has not construed the claim term "fabricated on a surface of the substrate," which appears in asserted claims 26 and 34 of the U.S. Patent No. 6,278,264 ("the

1  '264 Patent") and asserted claims 22 and 24 of U.S. Patent No. 6,462,522 ("the '522 Patent") (collectively, the "Burstein Patents"). The meaning of this claim term is disputed between the parties.

2. The parties are in agreement that the Court's construction of the claim term "fabricated on a surface of the substrate" is highly likely to resolve all remaining claim construction issues with respect to the above mentioned claims of the Burstein Patents in this case at the District Court level, although the parties reserve their right to appeal. This Stipulation will also streamline discovery and may assist the parties in their settlement discussions and mediation scheduled for June 22.

3. Accordingly, the parties therefore request that the Court construe the term "fabricated on a surface of the substrate" in the Burstein Patents. To accomplish this objective, the parties propose to submit limited briefing to assist the Court regarding the construction of this term and further agree that neither side would attach any additional evidence or expert testimony, but may attach evidence that is already in the record of this case.

4. The parties therefore stipulate and propose that, assuming the Court's approval of this stipulation, plaintiff Volterra would file an opening brief of no more than three pages to address the meaning of this claim term on May 14, 2010. Defendants will file a responsive brief of no more than six total pages by May 21, 2010 and Volterra would file a reply brief of no more than three pages by May 28, 2010. The parties are agreeable to submitting the construction of this claim term for decision by the Court without oral argument, but would certainly be available to present a brief oral argument on this claim term if the Court desires.

AGREED AND SO STIPULATED:

DATED: April 29, 2010                    FARELLA BRAUN & MARTEL LLP

                                         By:    /s/ James W. Morando
                                                James W. Morando
                                                Attorneys for Plaintiff
                                                VOLTERRA SEMICONDUCTOR
                                                CORPORATION

**Stipulation and Order** - 2 -                    CASE NO.: C 08-05129 JCS
                                                   23666\2243652.1

1 | DATED: April 29, 2010     McDERMOTT WILL & EMERY LLP

By: /s/ David H. Dolkas
David H. Dolkas
Attorneys for Defendants
PRIMARION, INC., INFINEON
TECHNOLOGIES AG and
INFINEON TECHNOLOGIES
NORTH AMERICA CORP.

APPROVED AND SO ORDERED:

DATED: 04/30/2010

_____
THE HONORABLE JOSEPH C. SPERO

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

**Stipulation and Order**     - 3 -     **CASE NO.: C 08-05129 JCS**
23666\2243652.1