UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>PRIMARION, INC., ET AL.,<br><br>　　　　Defendant(s). | No. C-08-05129 JCS<br><br>**ORDER TO FILE UNDER SEAL TRANSCRIPT OF MAY 7, 2010 HEARING** |

　　　　The Court hereby ORDERS that the transcript of the May 7, 2010 hearing in this case shall be filed under seal. The Court reporter shall also file in the public record a transcript in which the sealed portions of the hearing are redacted. The Court Reporter may release the unredacted transcript of the May 7, 2010 hearing to counsel in this action. Counsel shall adhere to the terms of the stipulated Protective Order in this case governing material designated "Confidential – Outside Counsel's Eyes Only" with respect to the sealed portions of the transcript.

　　　　IT IS SO ORDERED.

Dated: May 7, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge