MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  VOLTERRA SEMICONDUCTOR CORPORATION, | CASE NO.  C 08-05129 JCS |
| 13  Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE MOTIONS TO COMPEL** |
| 14 | |
| 15  v. | Date:  No Hearing Required [Civ. L.R. 6-2(b)] |
| 16  PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation | Dept:  Courtroom A, 15th Floor  Judge:  Honorable Joseph C. Spero  Complaint Filed:  November 12, 2008  Trial Date:  January 31, 2011 |
| 17 | |
| 18 | |
| 19  Defendants. | |
| 20 | |
| 21  AND RELATED COUNTERCLAIMS. | |

22

### STIPULATION EXTENDING TIME TO FILE MOTIONS TO COMPEL

23

24      Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra

25  Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North

26  America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly

27  stipulate to extending the deadline for the Parties to file any Motions To Compel from June 25,

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE MOTIONS TO COMPEL                                CASE NO. C 08-05129 JCS

1    2010, to July 7, 2010.

2        Pursuant to Civ. L.R. 6-2(a)(1), the Declaration of Daniel R. Foster In Support of

3 Stipulation and [Proposed] Order Extending Time To File Motions To Compel ("Foster

4 Declaration") is being filed herewith, setting forth with particularity, the reasons for the requested

5 extension of time. The extension is necessary because, pursuant to the Court's Standing Order on

6 Discovery Disputes, the Parties must meet and confer in-person prior to the filing of motions to

7 compel. (Foster Decl. ¶ 2.) The Parties had an in-person meet and confer on June 4, 2010, and

8 were first able to have an in-person, follow-up meet and confer on June 25, following the close of

9 discovery on June 18. (*Id.*) The Parties were not able to have this follow-up meeting earlier, in

10 part, because of the all-day mediation which took place on June 22. (*Id.*) Pursuant to Civ. L.R.

11 6-2(a)(2), the Foster Declaration also sets forth previous time modifications in this case. (*Id.* ¶¶

12 3-14). The requested time modification will not alter the existing schedule for the case. (*Id.* ¶

13 15).

14        AGREED AND SO STIPULATED:
     DATED:     June **25** , 2010          FARELLA, BRAUN & MARTELL LLP

15

16

17                               By: _____
                                 JEFFREY M. FISHER
                                 Attorney for Plaintiff

18                                  VOLTERRA SEMICONDUCTOR
                                 CORPORATION

19

20

21      DATED:     June **25** , 2010          McDERMOTT WILL & EMERY LLP

22

23                                  By: _____
                                 DAVID H. DOLKAS

24                                  Attorney for Defendants
                                 PRIMARION, INC., INFINEON
                                 TECHNOLOGIES NORTH AMERICA

25                                  CORP., and INFINEON
                                 TECHNOLOGIES AG

26

27

28

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE MOTIONS TO COMPEL      -2-                  CASE NO. C 08-05129 JCS

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1

## [PROPOSED] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED:

3    The deadline for the Parties to file any Motions To Compel is extended to July 7, 2010.

4

5

6    **IT IS SO ORDERED.**

7

8    DATED: _____June 29, 2010_____

Joseph C. Spero

US Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DM_US 25809638-1.072750.0023

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO