1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VOLTERRA SEMICONDUCTOR CORPORATION, | CASE NO. C 08-05129 JCS |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE JOINT LETTERS |
| v. | Dept: Courtroom A, 15th Floor |
| PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation | Judge: Honorable Joseph C. Spero |
| | Complaint Filed: November 12, 2008 |
| | Trial Date: January 31, 2011 |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

[PROPOSED] ORDER GRANTING DEFENDANTS'
LETTER TO EXTEND TIME TO FILE JOINT LETTERS

CASE NO. C 08-05129 JCS

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

1    This matter comes before the Court on Defendants' Letter To Extend Time To File Joint
2  Letters and the Declaration of David H. Dolkas in support of said motion. Having considered
3  Defendants' motion, as well as the pleadings and materials lodged in this matter, the Court finds
4  good cause and GRANTS the motion to extend time.
5    **IT IS HEREBY ORDERED** that the deadline for filing the parties' respective Joint
6  Letters is extended from July 7 to July 9, 2010.
7  **IT IS SO ORDERED.**

9  DATED: 7/7/10

_____
MAGISTRATE JUDGE SPERO
United States
*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]*

DM_US 25870087-1.072750.0023