James W. Morando (State Bar No. 087896)
 jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
 jfisher@fbm.com
June T. Tai (State Bar No. 226997)
 jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION TO FACTS AND ADMISSIBILITY OF FACTS REGARDING PAUL LATHAM AND ORION TECHNOLOGIES, INC.**<br><br>Dept.: Courtroom A, 15th Floor<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: January 31, 2011 |

WHEREAS, Paul Latham and Orion Technologies, Inc. are non-party witnesses to facts and events relevant to the this litigation;

WHEREAS, in June 2009, Mr. Latham duly executed a sworn declaration under penalty of perjury under the laws of the United States attesting to certain facts, which are set forth below;

WHEREAS, plaintiff Volterra Semiconductor Corporation and defendants Primarion, Inc., Infineon Technologies AG, and Infineon Technologies N.A, (the "Parties") do not contest

STIPULATION RE LATHAM / ORION
Case No. CV-08-5129 JCS

23666\2317188.1

the facts attested to and declared by Paul Latham in his sworn declaration, and wish to stipulate to the truth and admissibility of those facts for all purposes in this action, including trial;

THEREFORE, IT IS THEREFORE STIPULATED, by and between the Parties, through their counsel of record, that:

(a) the following facts set forth below are deemed to be true and established for all purposes in this litigation;

(b) the Court shall instruct the jury or finder of fact that the following facts are true; and

(c) the Parties, by and through their counsel of record, may state and refer to the following stipulated facts during pre-trial motions and hearings and during all stages of trial.

## STIPULATED FACTS

1. Paul Latham was the President and owner of Orion Design Technologies ("Orion"). During the 2005 time frame, Orion provided Integrated Circuit ("IC") design services on a work for hire basis.

2. In April 2005, Mr. Latham spoke with Bob Carroll, the former Chief Technology Officer of Primarion Inc. ("Primarion") regarding the possibility of Primarion hiring Orion to do some IC design work. Mr. Carroll told Mr. Latham that Primarion had a project for Orion to work on.

3. Mr. Carroll said that Primarion wanted Orion to design and develop a new product for Primarion which would be similar to a voltage regulator product which Volterra Semiconductor Corporation ("Volterra") was selling. Mr. Carroll stated that Volterra had a power switch product where both the high side and low side FETS were integrated on a single IC chip which was packaged in a flip chip configuration. Mr. Carroll requested Orion to develop a power switch product for Primarion with the same configuration as Volterra's.

4. Orion worked on this project for Primarion from approximately April 2005 until November 2005. Primarion provided Orion with a written set of requirements of what Primarion wanted along with a support library for the design work. During the course of the project, Orion worked with several Primarion engineers, including Laura Carpenter and Kenneth Ostrom. Mr.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE LATHAM / ORION
Case No. CV-08-5129 JCS

- 1 -

23666\2317188.1

Ostrom became Orion's primary contact after Mr. Carroll left Primarion during the course of the work.

5.  Orion did not finish its work on the project. Rather, in November 2005, Primarion took the project back from Orion. Orion provided Primarion with a document describing the work that Orion had done up to that point as well as a database containing the actual design work.

6.  Following the work Orion did in 2005, Mr. Latham did not hear about the project or Primarion developing an actual product relating to the project until early 2009 when Mr. Latham noticed that Primarion's website referenced a new Primarion flip chip integrated power switch product (the PX4640). After seeing this product on Primarion's website, Mr. Latham sent an email to Laura Carpenter seeking to confirm, that as he suspected, the new product related to the design work Orion had done for Primarion in 2005.

**IT IS SO STIPULATED.**

DATED: July 20, 2010                     FARELLA BRAUN & MARTEL LLP

By: /s/ Jeffrey M. Fisher
      Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

DATED: July 20, 2010                     McDERMOTT WILL & EMERY LLP

By: /s/ David H. Dolkas
      David H. Dolkas

Attorneys for Defendants
PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

Dated: July 21, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
United States District Court, Northern District of California

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE LATHAM / ORION
Case No. CV-08-5129 JCS

- 2 -

23666\2317188.1