James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
June T. Tai (State Bar No. 226997)
  jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION REGARDING AUTHENTICITY OF DOCUMENTS PRODUCED IN LITIGATION**<br><br>Dept.:  Courtroom A, 15th Floor<br>Judge:  Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: January 31, 2011 |

WHEREAS, the Parties in the above-captioned action and various third parties have produced documents during the course of this litigation;

WHEREAS, the Parties understand and believe as of this time that most if not all documents produced in this action to date are authentic; and

WHEREAS, the Parties wish to increase the efficiency of trial and pre-trial motions in this action by stipulating to the authenticity of all documents produced in this action by any party or

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE AUTHENTICITY
/ Case No. CV-08-5129 JCS

third party while establishing a mechanism to later object to the authenticity of any exhibit and to resolve any such objection;

THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:

1. All documents that have been produced by any party or third party in this action are deemed authentic pursuant to Federal Rule of Evidence 901 absent assertion of objection as provided for below;

2. Parties shall serve their Federal Rule of Civil Procedure 26(a)(3)(A)(iii) Disclosures 60 days prior to trial and their Responsive Objections 14 days later;

3. If a Party asserts any Objections in their Federal Rule of Civil Procedure 26(a)(3)(B) Responses based on authenticity as to any document produced by a party or third party in this action, the Parties will informally meet and confer within three days in an attempt to resolve the issue;

4. If the Parties cannot resolve the objection through meet and confer efforts as set forth above, the party objecting to the authenticity of the exhibit will make available for deposition in San Francisco California a subscribing witness, to the extent one is reasonably available, and if no subscribing witness is reasonably available, a 30(b)(6) witness, to testify to facts relevant to the authenticity of the exhibit. Any such witnesses will be made available not later than twenty days before trial.

**IT IS SO STIPULATED.**

Dated: July 20, 2010

FARELLA BRAUN & MARTEL LLP

By: ___/s/ Jeffrey M. Fisher___
    Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

Dated: July 20, 2010

McDERMOTT WILL & EMERY LLP

By: /s/ David H. Dolkas
David H. Dolkas

Attorneys for Defendants
PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

Dated: July 21, 2010



STIPULATION RE AUTHENTICITY / Case No. CV-08-5129 JCS

- 3 -