James W. Morando (State Bar No. 087896)
    jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
    jfisher@fbm.com
June T. Tai (State Bar No. 226997)
    jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION RE INFRINGEMENT OF CLAIMS 9, 11, 16, 17, 18 AND 19 OF U.S. PATENT NO. 6,462,522** |

Plaintiff Volterra Semiconductor Corporation ("Plaintiff") and Defendants Primarion, Inc., Infineon Technologies AG and Infineon Technologies North America Corp. ("Defendants"), by and through their respective counsel, jointly stipulate as follows:

WHEREAS, the Court has now construed the disputed claim terms of the asserted claims of U.S. Patent No. 6,278,264 ("the '264 Patent") and the asserted claims of U.S. Patent No. 6,462,522 ("the '522 Patent") (collectively, the "Burstein Patents"); and

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and Order/Case No. 08-5129 JCS    -1-

23666\2332712.2

WHEREAS, in light of the Court's claim construction rulings, Defendants acknowledge and concede that Defendants have infringed certain of the asserted claims of the '522 Patent by making, using, offering for sale, and/or selling each of the PX4640, PX4642, PX4650 and PX4652 products;

THEREFORE, Defendants hereby stipulate that for all purposes and further proceedings in this action, including any trial, it shall be determined that Defendants have directly and indirectly, both contributorily and by inducement, infringed claims 9, 11, 16, 17, 18, 19 of the '522 Patent by making, using, offering for sale, and/or selling each of the PX4640, PX4642, PX4650 and PX4652 products.

Defendants reserve their right to appeal the Court's claim construction orders.

AGREED AND SO STIPULATED:

Dated: August 6, 2010          FARELLA BRAUN & MARTEL LLP

                               By: /s/ Jeffrey M. Fisher
                                   Jeffrey M. Fisher

                               Attorneys for Plaintiff
                               VOLTERRA SEMICONDUCTOR
                               CORPORATION

Dated: August 6, 2010          McDERMOTT WILL & EMERY LLP

                               By: /s/ Vera M. Elson
                                   Vera M. Elson

                               Attorneys for Defendants
                               PRIMARION, INC. and INFINEON
                               TECHNOLOGIES NORTH AMERICA
                               CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

23666\2332712.2

PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED, AND DECREED:

DATED: __August 9, 2010__

*[Signed seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and Order/Case No. 08-5129 JCS      -3-

23666\2332712.2