TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
VERA M. ELSON (SBN: 156327)
velson@mwe.com

McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94024-4004
Telephone:     +1 650 815 7415
Facsimile:     +1 650 815 7401

Attorneys for Defendants and
Counterclaimants
PRIMARION, INC., INFINEON
TECHNOLOGIES
NORTH AMERICA CORP.,
and INFINEON TECHNOLOGIES AG

JAMES W. MORANDO (SBN: 087896)
jmorando@fbm.com
JEFFREY M. FISHER (SBN: 155284)
jfisher@fbm.com
JUNE T. TAI (SBN: 226997)
jtai@fbm.com

FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VOLTERRA SEMICONDUCTOR
CORPORATION,

Plaintiffs,

v.

PRIMARION, INC., a Delaware
Corporation, INFINEON
TECHNOLOGIES AG, a German
Corporation, and INFINEON
TECHNOLOGIES NORTH AMERICA
CORPORATION, a Delaware Corporation

Defendants.

AND RELATED COUNTERCLAIMS.

CASE NO.  C 08-05129 JCS

**STIPULATION AND [PROPOSED] ORDER
SETTING SCHEDULE FOR VOLTERRA'S
MOTION TO QUASH DEFENDANTS'
SUBPOENA OF TSMC NORTH AMERICA,
OR IN THE ALTERNATIVE FOR
PROTECTIVE ORDER**

Dept:              Courtroom A, 15th Floor
Judge:             Honorable Joseph C. Spero
Complaint Filed:   November 12, 2008
Trial Date:        January 31, 2011

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR VOLTERRA'S MOTION TO QUASH
DEFENDANTS' SUBPOENA OF TSMC NA

CASE NO. C 08-05129 JCS

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1   Pursuant to Civil L.R. 7-12 and the Court's July 1, 2010 Notice of Civil Minutes (Dkt.

2   850), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants

3   Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by

4   and through their respective counsel, jointly stipulate as follows:

5   WHEREAS, on June 28, 2010, Volterra filed a Motion to Quash Defendants' Subpoena of

6   TSMC North America, or in the Alternative for Protective Order (Dkt. 839) and a Motion to

7   Shorten Time Regarding Its Motion to Quash (Dkt. 841);

8   WHEREAS, on June 30, 2010, Defendants filed an Opposition to Volterra's Motion to

9   Shorten Time (Dkt. 846);

10  WHEREAS, on June 30, 2010, Volterra filed a Reply in support of its Motion to Shorten

11  Time (Dkt. 847);

12  WHEREAS, on July 1, 2010, the Court conducted a telephonic conference with counsel

13  for the parties and thereafter issued a Notice of Civil Minutes staying the deposition subpoena to

14  TSMC North America and ordering that if Defendants determine they want to pursue the

15  subpoena to TSMC North America, then they should meet and confer with Volterra to set a date

16  for Volterra's Motion to Quash and that both Volterra and Defendants are to agree on a schedule

17  for Volterra's Motion to Quash (Dkt. 850); and

18  WHEREAS, Defendants want to pursue the subpoena to TSMC North America, and

19  Volterra and Defendants have agreed on a schedule for Volterra's Motion to Quash;

20  THEREFORE, Volterra and Defendants hereby stipulate to the following schedule for

21  Volterra's Motion to Quash Defendants' Subpoena of TSMC North America, or in the

22  Alternative for Protective Order:

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

| Event | Date |
|---|---|
| Volterra's Motion To Quash Defendants's Subpoena Of TSMC North America, Or In The Alternative For Protective Order | Already filed.<br><br>Docket Nos. 839 & 840 |
| Defendants' Opposition | Wednesday, August 25, 2010 |
| Volterra's Reply | Friday, September 3, 2010 |
| Hearing | The Court's earliest convenience after Friday, September 3, 2010 |

AGREED AND SO STIPULATED:


DATED:        August 18, 2010        McDERMOTT WILL & EMERY LLP



By: /s/ Vera M. Elson
        VERA M. ELSON
        Attorney for Defendants
        PRIMARION, INC., INFINEON
        TECHNOLOGIES NORTH AMERICA
        CORP., and INFINEON
        TECHNOLOGIES AG


DATED:        August 18, 2010        FARELLA, BRAUN & MARTELL LLP



By: /s/ James W. Morando
        JAMES W. MORANDO
        Attorney for Plaintiff
        VOLTERRA SEMICONDUCTOR
        CORPORATION

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR VOLTERRA'S MOTION TO QUASH        - 3 -        CASE NO. C 08-05129 JCS
DEFENDANTS' SUBPOENA OF TSMC NA

1

## [PROPOSED] ORDER

2    PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Volterra's Motion To

3    Quash Defendants' Subpoena Of TSMC North America, Or In The Alternative For Protective

4    Order filed on June 28, 2010 as Docket Nos. 839 and 840 shall be considered and determined by

5    the Court in accordance with the schedule set forth above:

6

7

8    DATED:    8/20/10                                    /s/ Joseph C. Spero

9                                                          HON. JOSEPH C. SPERO
                                                           UNITED STATES MAGISTRATE JUDGE
10   DM_US 26348018-1.072750.0023

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

STIPULATION AND [PROPOSED] ORDER SETTING
SCHEDULE FOR VOLTERRA'S MOTION TO QUASH          - 4 -          CASE NO. C 08-05129 JCS
DEFENDANTS' SUBPOENA OF TSMC NA