FILED

OCT X 4 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  TERRENCE P. McMAHON (SBN: 71910)
   tmcmahon@mwe.com
2  VERA M. ELSON (SBN: 156327)
   velson@mwe.com
3  McDERMOTT WILL & EMERY LLP
   275 Middlefield Road, Suite 100
4  Menlo Park, CA 94024-4004
   Telephone:   +1 650 815 7400
5  Facsimile:   +1 650 815 7401

6  SARAH CHAPIN COLUMBIA (*Pro Hac Vice*)
   scolumbia@mwe.com
7  McDERMOTT WILL & EMERY LLP
   28 State Street
8  Boston, MA 02109-1775
   Telephone:   +1 617 535 4000
9  Facsimile:   +1 617 535 3800

10 Attorneys for Defendants and Counterclaimants
   PRIMARION, INC., INFINEON TECHNOLOGIES
11 NORTH AMERICA CORP., and INFINEON
   TECHNOLOGIES AG

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17 VOLTERRA SEMICONDUCTOR CORPORATION, | CASE NO. C 08-05129 JCS |
| 18 Plaintiff, | PARTIAL STIPULATION REGARDING INFRINGEMENT OF CLAIMS 26 AND 34 OF U.S. PATENT NO. 6,278,264 AND CLAIMS 22 AND 24 OF U.S. PATENT NO. 6,462,522 |
| 19 v. | |
| 20 PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation | |
| 24 Defendants. | |
| 25 AND RELATED COUNTERCLAIMS. | |

27

28

Partial Stipulation Regarding Infringement of Claims 26 and 34
of U.S. Patent No. 6,278,264 and Claims 22 and 24 of U.S. Patent
No. 6,462,522

CASE NO. C 08-05129 JCS

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1     Defendants Primarion, Inc., Infineon Technologies AG and Infineon Technologies North
2 America Corp. ("Defendants"), by and through their counsel, stipulate as follows:

3     WHEREAS, the Court has now construed certain disputed claim terms of the asserted
4 claims of U.S. Patent No. 6,278,264 ("the '264 Patent") and the asserted claims of U.S. Patent
5 No. 6,462,522 ("the '522 Patent") (collectively, the "Burstein Patents");

6     WHEREAS, Defendants acknowledge and concede that they have offered for sale, sold,
7 made, and/or used the PX4640, PX4642, PX4650 and PX4652 products ("the Accused Products")
8 in the United States;

9     WHEREAS, in light of the Court's claim construction rulings, in the event it is determined
10 that the Accused Products include the "UBM" element of claims 26 and 34 of the '264 Patent and
11 claims 22 and 24 of the '522 Patent, Defendants acknowledge and concede that they directly and
12 indirectly, both contributorily and by inducement, infringe claims 26 and 34 of the '264 Patent
13 and claims 22 and 24 of the '522 Patent; and

14     WHEREAS, in light of the Court's claim construction rulings, Defendants acknowledge
15 and concede that each of the Accused Products meet each and every element of claims 26 and 34
16 of the '264 Patent and claims 22 and 24 of the '522 Patent, except for the "UBM" element;

17     THEREFORE, Defendants hereby stipulate as follows:

18     (1) For all purposes and further proceedings in this action including but not limited to
19 any trial, it is and shall be determined that, Defendants have offered for sale, sold, made, and/or
20 used the PX4640, PX4642, PX4650 and PX4652 products ("the Accused Products") in the United
21 States;

22     (2) For all purposes and further proceedings in this action, including but not limited to
23 any trial, each of the Accused Products meet each and every element of claims 26 and 34 of the
24 '264 Patent and claims 22 and 24 of the '522 Patent, except for the "UBM" element;

25     (3) For all purposes and further proceedings in this action, including but not limited to
26 any trial, in the event it is determined that the Accused Products include the "UBM" element of
27 claims 26 and 34 of the '264 Patent and claims 22 and 24 of the '522 Patent, it is and shall be
28 determined that Defendants have directly and indirectly, both contributorily and by inducement,

McDermott Will & Emery LLP
ATTORNEYS AT LAW
MENLO PARK

infringed claims 26 and 34 of the '264 Patent and claims 22 and 24 of the '522 Patent by having offered for sale, sold, made and/or used each of the Accused Products in the United States; and

(4) Defendants reserve the right to argue and contest the singular issue of whether the Accused Products meet the "UBM" element of claims 26 and 34 of the '264 Patent and claims 22 and 24 of the '522 Patent as construed by the Court.

Defendants reserve their right to appeal the Court's claim construction orders.

AGREED AND SO STIPULATED:

Dated: September 10, 2010                McDERMOTT WILL & EMERY LLP

By: /s/ Vera M. Elson
TERRENCE P. MCMAHON
VERA M. ELSON
SARAH C. COLUMBIA
Attorneys for Defendants
PRIMARION, INC., INFINEON
TECHNOLOGIES NORTH AMERICA
CORP., and INFINEON
TECHNOLOGIES AG

PURSUANT TO STIPULATION, IT IS SO ORDERED, ADJUDGED, AND DECREED:

Dated: 10/4/10

THE HONORABLE JOSEPH C. SPERO

DM_US 26449744-5.072750.0023