UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>Defendants. | Case No. C-08-05129 JCS<br><br>**ORDER FOR BRIEFS IN RESPONSE TO VOLTERRA OBJECTIONS IN DOCKET NUMBERS 1154 AND 1177** |

Defendants are requested to file briefs responding to the objections raised by Volterra in Docket Nos. 1154 and 1177, no later than **Friday, October 22, 2010**. No further objections in connection with the pending summary judgment motions shall be filed by either party.

IT IS SO ORDERED.

Dated: October 15, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge