# McDermott Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan
Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Daniel R. Foster
Attorney at Law
dfoster@mwe.com
+1 949 757 7103

November 12, 2010

BY EMAIL AND E-FILED

Karen Hom
Clerk to District Court Magistrate Judge Spero
United States District Court, San Francisco Division
Court Room A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *Volterra Semiconductor Corporation v. Primarion, Inc., et al.*
     (Case No.: CV 08-05129 JCS)

Dear Ms. Hom:

It has come to our attention that the deposition transcript of Benjamin Tang taken June 29, 2009 did not contain the proper confidentiality designation and was filed as a publicly available document. The filing is docket no. 1056-3, exhibit 150 in Support of Volterra's Opposition to Defendants' Motions for Summary Judgment. The court reporter has subsequently reissued the deposition transcript with the correct confidentiality designation "Highly Confidential – Outside Counsel Eyes' Only." A copy of the corrected transcript is attached.

We respectfully request that the current publicly available version of docket no. 1056-3 be removed from the ECF system and refiled Under Seal with the corrected attached version of the exhibit. We have conferred with counsel for Volterra and they do not oppose our request to file docket no. 1056-3 Under Seal. Please see attached email from June Tai to Dan Foster dated November 9, 2010. Thank you very much for your assistance in this regard.

Respectfully submitted,

Dated: November 12, 2010                MCDERMOTT WILL & EMERY LLP

Dated: November 16, 2010                By:   /s/ DANIEL R. FOSTER
                                              Daniel R. Foster


IT IS SO ORDERED
Judge Joseph C. Spero

Attorneys for Defendants,
PRIMARION, INC., INFINEON
TECHNOLOGIES NORTH AMERICA CORP.,
and INFINEON TECHNOLOGIES AG

U.S. practice conducted through McDermott Will & Emery LLP.

**275 Middlefield Road Suite 100 Menlo Park California 94025-4004  Telephone: +1 650 815 7400  Facsimile: +1 650 815 7401  www.mwe.com**

## LeVant, Simone

| | |
|---|---|
| **From:** | JTai@fbm.com |
| **Sent:** | Tuesday, November 09, 2010 1:47 PM |
| **To:** | Foster, Daniel; JFisher@fbm.com; JMorando@fbm.com |
| **Cc:** | Lefort, Vanessa; LeVant, Simone; Elson, Vera |
| **Subject:** | RE: Tang transcript |

Dan - Just wanted to confirm that we won't oppose your request to file Exhibit 150 under seal.

June

-----Original Message-----
From: Foster, Daniel [mailto:dfoster@mwe.com]
Sent: Monday, November 08, 2010 4:21 PM
To: Tai, June (19) x4977; Fisher, Jeffrey (31) x4912; Morando, James (24) x4457
Cc: Lefort, Vanessa; LeVant, Simone; Elson, Vera
Subject: RE: Tang transcript


June,

We have received the updated deposition transcript of Ben Tang, now with the proper confidentiality designation. The only item we have identified in the Court files to be replaced is Docket no. 1056-3, exhibit 150 ISO Volterra's Opposition to Defendants' Motions for Summary Judgment. Please confirm that you will not oppose our asking the court to file this document under seal.

Thank you,

Dan

Daniel R. Foster
McDermott Will & Emery LLP
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7107
949.757.7103 (direct)
949.851.9348 (fax)


-----Original Message-----
From: Foster, Daniel
Sent: Friday, October 29, 2010 9:47 AM
To: 'JTai@fbm.com'; 'jfisher@fbm.com'; 'jmorando@fbm.com'
Cc: Lefort, Vanessa; LeVant, Simone; Elson, Vera
Subject: Re: Tang transcript

Thank you June. We will contact the court reporter. Once we have identified any relevant public filings, we will send a follow-up email to you with next steps. Thanks Dan

Daniel R. Foster

1

McDermott Will & Emery
18191 Von Karman, Suite 500
Irvine, CA 92612
949-757-7103

----- Original Message -----
From: JTai@fbm.com <JTai@fbm.com>
To: Foster, Daniel; JFisher@fbm.com <JFisher@fbm.com>; JMorando@fbm.com <JMorando@fbm.com>
Cc: Lefort, Vanessa; LeVant, Simone; Elson, Vera
Sent: Fri Oct 29 11:45:22 2010
Subject: RE: Tang transcript

Dan -

We do not oppose Defendants contacting the court reporter to change the designation of the Tang deposition to "Highly Confidential." We assume Defendants will take care of any necessary filings if any citations to the Tang deposition have been publicly filed.

June

-----Original Message-----
From: Foster, Daniel [mailto:dfoster@mwe.com]
Sent: Friday, October 29, 2010 8:59 AM
To: Fisher, Jeffrey (31) x4912; Morando, James (24) x4457; Tai, June (19) x4977
Cc: Lefort, Vanessa; LeVant, Simone; Elson, Vera
Subject: Tang transcript


Jeff, June, and James

This is following up on my voicemail to Jeff of this morning, as well as my earlier email and the conversation at yesterday's Lidsky deposition.

As we have discussed, we intend to contact the court reporter from the Tang deposition this morning to have her correct the designation of this deposition to Highly Confidential-Outside Counsel's Eyes Only. Please contact me immediately if you have any concerns or want to discuss.

Thanks

Dan

Daniel R. Foster
McDermott Will & Emery
18191 Von Karman, Suite 500
Irvine, CA 92612
949-757-7103

**********************************************************************
*****************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes

2

of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

---

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*****************************************************************
******************************************

Please visit http://www.mwe.com/ for more information about our Firm.

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you. Farella Braun + Martel LLP