**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLTERRA SEMICONDUCTOR
CORPORATION,

             Plaintiff,

      v.

PRIMARION, INC., ET AL.,

            Defendants.

_____/

Case No.  C-08-05129 JCS

**ORDER FOR BRIEFING ON
DEFENDANT'S MOTION FOR LEAVE
TO FILE MOTION FOR
RECONSIDERATION OF THE COURT'S
CLAIM CONSTRUCTION OF "DOPED
REGION" [Docket No. 1268]**

      IT IS HEREBY ORDERED that Plaintiff shall file its Opposition to the Motion for Leave [Docket No. 1268] no later than **February 28, 2011**.  In that Opposition, Plaintiff shall address both whether leave should be granted and the substantive issue of whether or not the Claim Construction should be reconsidered.  There shall be no Reply Brief.

      IT IS SO ORDERED.

Dated: February 18, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge