James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
June T. Tai (State Bar No. 226997)
  jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION REGARDING EXCHANGE OF PRETRIAL MATERIALS**<br><br>Dept.:   Courtroom A, 15th Floor<br>Judge:   Honorable Joseph C. Spero<br><br>Complaint Filed:  November 12, 2008<br>Trial Date:            May 9, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE EXCHANGE OF PRETRIAL
MATERIALS / / Case No. CV-08-5129 JCS

23666\2532170.1

1  WHEREAS, pursuant to Court Order, trial of the initial phase in the above captioned action is scheduled to begin on May 9, 2011; (Docket # 1202);

WHEREAS, the Court has previously ordered, pursuant to a stipulation between the Parties, that the Parties shall serve their Federal Rule of Civil Procedure 26(a)(3)(A)(iii) Disclosures 60 days prior to trial, and their responsive objections 14 days later (Docket # 887);

WHEREAS, the Court's previously issued Case Management and Pretrial Order (Docket # 711) (the "Pretrial Order") requires that various pretrial exchanges among the parties occur a specified numbers of days before the Pretrial Conference;

WHEREAS, the Court has scheduled a Pretrial Conference to be held on April 22, 2011, at 1:30 P.M. (Docket # 1202);

WHEREAS, the Court presently has under submission the parties various motions for summary judgment and the parties hope to have the Court's rulings in order to have the benefit of these rulings in order prepare their pretrial submissions as the Court's rulings have the potential to impact the issues to be tried and thereby eliminate the need to do significant work in connection with the parties' pretrial submissions; and

WHEREAS the Parties wish to agree on and confirm the dates and procedures for various pretrial exchanges;

**THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:**

**I.    Trial Exhibit Exchange Dates.**

1.  Parties shall serve on each other their Federal Rule of Civil Procedure 26(a)(3)(A)(iii) Disclosures (hereinafter, "Trial Exhibit Lists") on March 10, 2011. Plaintiff's documents will bear control numbers below 5,000; Defendants will bear control numbers above 5,000.

2.  The Parties shall serve on each other any objections in response to the other side's Trial Exhibit List on or before March 24, 2011. *See* Docket No. 887.

## II. Proposed Supplemental Jury Questionnaires, Voir Dire Questions, Jury Instructions, And Verdict Form Exchange Dates.

1. The Parties shall exchange with each other proposed supplemental jury questionnaires, proposed voir dire questions for the Court, a proposed simplified statement of the case to read by the Court during voir dire, proposed jury instructions, and proposed verdict forms on March 21, 2011.

2. The Parties shall serve on each other responses to each others' proposed supplemental jury questionnaires, proposed voir dire questions, proposed simplified statement of the case, proposed jury instructions, and proposed verdict forms on March 28, 2011.

## III. Motion In Limine Exchange Dates.

It is Volterra's position that the Court has previously issued an order that the parties shall each be limited to a maximum of five Motions in Limine (which includes *Daubert* motions), with a maximum of ten pages per motion. *See* Docket No. 1180. Specifically, following the October 4, 2010 hearing upon which Defendants are relying, the Court issued an order on October 6, 2010 stating that "[p]arties must seek leave of Court if they need to file more than five Motions in Limine." *Id.* Volterra believes that five Motions in Limine of up to ten pages each is sufficient.

It is Defendants' position that the Court has previously ordered that the parties shall each be limited to a maximum of six Motions in Limine (which includes *Daubert* motions), with a maximum of ten pages per motion (10/04/10 hearing Tr. at 23:5-25). Specifically, the following discussion took place at the October 4, 2010 hearing:

```
 5 THE COURT: Seven? Okay. I don't want to increase
 6 the number of motions in limine. Is there a good
   reason why I
 7 need more than -- what have I got, five a side?
 8 MS. ELSON: Your Honor's order indicated five was
 9 common but does not actually set a limit.
10 THE COURT: Yeah, well, don't file ten or I'll just
11 deny the last five. If you end up having to file
   six, I'll
12 probably decide it.
13 MR. FISHER: Okay.
14 THE COURT: I will decide a sixth.
15 MR. FISHER: Okay.
16 THE COURT: But I'm serious about those limits.
```

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE EXCHANGE OF PRETRIAL MATERIALS / / Case No. CV-08-5129 JCS

2

23666\2532170.1

```
17 There are so many motions in limine that are completely
18 unnecessary that you can keep them down to that.
19 If you have to go beyond five or six, make an
20 application to apply and tell me why there has to be --
21 MS. ELSON: May we make an application on a page
22 length for two of them?
23 THE COURT: You can have ten pages for every motion
24 in limine.
25 MS. ELSON: Thank you, Your Honor.
```

Defendants believe that six Motions in Limine of up to ten pages each is sufficient, appropriate, and will not place any further undue burden on either the Court or the parties.

1. The Parties shall serve on each other any Motions in Limine on March 18, 2011.

2. The Parties shall serve on each other any Opposition to the other side's Motions in Limine on March 31, 2011.

3. The moving party as to each Motion in Limine will thereafter collate their Motions and any Oppositions thereto as provided in Paragraph VI.A.5. of the Court's Pretrial Order and file them with the Court on or before April 1, 2011.

**IV.   Exchange Dates For Drafts Of Joint Proposed Final Pretrial Order.**

1. Plaintiff shall serve Defendants with a draft of a Joint Proposed Final Pretrial Order on March 18, 2011 in accordance with Paragraph VI.A. of the Court's Pretrial Order. Defendants shall serve Plaintiff their response to the draft Proposed Final Pretrial Order on March 26, 2011. The parties shall thereafter, to the extent necessary, meet and confer in person regarding the contents of the Joint Proposed Final Pretrial Order as provided for in the Court's Pretrial Order.

2. The Parties shall finalize and file a Joint Proposed Final Pretrial Order, along with the other materials specified in Paragraph VI.A. of the Court's Pretrial Order, on April 1, 2011.

**V.   Exchange Dates For Written Discovery And Deposition Testimony To Be Offered At Trial.**

1. The Parties shall also serve the other side with designations of Responses to Interrogatories And Requests for Admission they propose to offer at trial on April 1, 2011.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE EXCHANGE OF PRETRIAL MATERIALS / / Case No. CV-08-5129 JCS    3

23666\2532170.1

2. The Parties shall serve the other side with any objections to the other sides' designations of Responses to Interrogatories And Requests for Admission on April 6, 2011.

3. In regard to the designation of deposition testimony, as set forth in the Court's Pretrial Order, pretrial designations of deposition testimony are required only for witnesses who appear only by deposition and who do not appear live at trial. The Parties shall serve initial designations of such deposition testimony they intend to offer at trial in the format specified in the Pretrial Order on each other by April 1, 2011.

4. The Parties shall serve the other side with, in the format specified in the Pretrial Order, objections to deposition designations, any additions to designated testimony to cure any completeness objections, and counter-designations, on April 6, 2011.

5. The Parties shall serve the other side with any objections to an opposing party's counter-designation of deposition testimony, and any additions to cure any completeness objection to any counter-designated testimony, on April 8, 2011.

6. The parties shall then meet and confer on April 10, 2011, as specified in the Pretrial Order such that the deposition designation packets can be provided to the Court in the format specified in the Pretrial Order on April 12, 2011.

## VI. Exchange Dates For Materials Relating to Opening Statements.

1. The Parties shall serve the other side with (a) visuals, (b) graphics, or (c) exhibits to which there has been an objection to be used in the opening statements on May 6, 2011.

2. The Parties shall serve the other side with any objections to the other side's visuals, graphics, or exhibits to be used in the opening statements on May 7, 2011.

## VII. Stipulation To Method Of Service Of Pretrial Exchanges.

1. All documents and pretrial materials discussed above that are required to be served pursuant to this Stipulation but not filed shall be served on the other side by electronic mail (and as appropriate and according to agreement among the parties by other electronic means such as "YouSendIt") by 6 p.m. PST on the date that service is required.

2. All documents and pretrial materials served by Defendants on Plaintiff Volterra shall be served to James W. Morando (jmorando@fbm.com), Jeffrey M. Fisher (jfisher@fbm.com), June T. Tai (jtai@fbm.com); Anthony Vidal (avidal@fbm.com), and Gina Renteria (grenteria@fbm.com).

3. All documents and pretrial materials served by Plaintiff Volterra on Defendants shall be served to Dan Foster (dfoster@mwe.com); Vanessa Lefort (vlefort@mwe.com); Simone Levant (slevant@mwe.com); Blair Sullivan (bsullivan@mwe.com); and Alma deParedes (adeparedes@mwe.com).

**IT IS SO STIPULATED.**

Dated: March 4, 2011                                    FARELLA BRAUN & MARTEL LLP


By:        /s/ James W. Morando
    James W. Morando

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION


Dated: March 4, 2011                                    McDERMOTT WILL & EMERY LLP


By:        /s Vera Elson
    Vera Elson

Attorneys for Defendants
PRIMARION, INC. and INFINEON
TECHNOLOGIES NORTH AMERICA
CORPORATION

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

DATED ___March 8_____ 2011       _____
                                                            THE HONORABLE JOSEPH C. SPERO
                                                            MAGISTRATE JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE EXCHANGE OF PRETRIAL
MATERIALS / / Case No. CV-08-5129 JCS          5                               23666\2532170.1