UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>Defendant(s). | No. C-08-05129 JCS<br><br>**ORDER TO FILE UNDER SEAL COURT'S MARCH 29, 2011 ORDER** |

The Court hereby ORDERS that its March 29, 2011 Order [Docket No. 1332] is under seal. The Court intends to publish the entire opinion in the public record within thirty (30) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than two weeks from the date of this Order.

IT IS SO ORDERED.

Dated: March 29, 2011

JOSEPH C. SPERO
United States Magistrate Judge