TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
VERA M. ELSON (SBN: 156327)
velson@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94024-4004
Telephone:   +1 650 815 7400
Facsimile:   +1 650 815 7401

SARAH CHAPIN COLUMBIA (*Pro Hac Vice*)
scolumbia@mwe.com
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone:   +1 617 535 4000
Facsimile:   +1 617 535 3800

Attorneys for Defendants and Counterclaimants
PRIMARION, INC., INFINEON TECHNOLOGIES
NORTH AMERICA CORP., and INFINEON
TECHNOLOGIES AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware Corporation, INFINEON TECHNOLOGIES AG, a German Corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware Corporation<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | **CASE NO. C 08-05129 JCS**<br><br>**STIPULATION REGARDING FILING OF THE PARTIES' JOINT EXHIBIT LIST AND SUBMISSION OF TRIAL EXHIBIT BINDERS**<br><br>Dept:             Courtroom A, 15th Floor<br>Judge:            Honorable Joseph C. Spero<br>Complaint Filed:  November 12, 2008<br>Trial Date:       May 9, 2011 |

**Stipulation Regarding Filing of the Parties' Joint Exhibit List
and Submission of Trial Exhibit Binders**                                                                                    **CASE NO. C 08-05129 JCS**

1   WHEREAS, pursuant to Court Order, trial of the initial phase in the above caption action is
2   scheduled to begin on May 9, 2011; (Docket #1202);

3   WHEREAS, the Court's previously issued Case Management and Pretrial Order (Docket
4   #711) (the "Pretrial Order") requires that various pretrial exchanges among the parties occur a
5   specified number of days before the Pretrial Conference;

6   WHEREAS, the parties' Stipulation Regarding Exchange of Pretrial Materials (Docket
7   #1322) (the "Pretrial Stipulation") requires trial exhibit list exchanges pursuant to Federal Rule of
8   Civil Procedure 26(a)(3)(A)(iii);

9   WHEREAS, pursuant to the "Pretrial Order," Paragraph VI.A.1, the parties' joint exhibit
10  list is currently due on April 1, 2011;

11  WHEREAS, pursuant to the "Pretrial Order," Paragraphs VI.X and VI.Z, the parties' trial
12  exhibit binders are due to be submitted to the Court and the Deputy Clerk on April 12, 2011;

13  WHEREAS, pursuant to the "Pretrial Order," Paragraph VI.V., counsel must meet and
14  confer in person to consider all exhibit numbers and objections and eliminate duplicate exhibits
15  and confusion over the precise exhibit;

16  THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF
17  RECORD, AS FOLLOWS:

18  (1) The parties' shall file a joint exhibit list on April 1, 2011 as currently scheduled per
19  the pretrial order;

20  (2) The parties' shall continue to meet and confer to reduce the number of exhibits and
21  duplicates and shall file a final joint exhibit list on April 20, 2011;

22  (3) The parties shall submit exhibit binders to the Court and the Deputy Clerk on April
23  26, 2011.

**Stipulation Regarding Filing of the Parties' Joint Exhibit List and Submission of Trial Exhibit Binders** -1- **CASE NO. C 08-05129 JCS**

AGREED AND SO STIPULATED:

Dated:  March 31, 2011                             McDERMOTT WILL & EMERY LLP


                                                   By:     /s/ Vera M. Elson
                                                       Vera M. Elson
                                                       Attorneys for Plaintiff
                                                       VOLTERRA SEMICONDUCTOR
                                                       CORPORATION


Dated: March 31, 2011                              FARELLA BRAUN & MARTEL LLP


                                                   By:     /s/ Jeffrey M. Fisher
                                                       JEFFREY M. FISHER
                                                       Attorneys for Plaintiff
                                                       VOLTERRA SEMICONDUCTOR
                                                       CORPORATION


**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**


Dated: __April 1, 2011__

                                                   **THE HONORABLE JOSEPH C. SPERO**

DM_US 27943761-1.072750.0023

Stipulation Regarding Filing of the Parties' Joint Exhibit List
and Submission of Trial Exhibit Binders                -2-                          **CASE NO. C 08-05129 JCS**