UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP., | No. C 08-05129 JCS |
| Plaintiff(s), | **ORDER APPROVING JOINT PROPOSED CONFIDENTIAL JUROR QUESTIONNAIRE [Docket No. 1453]** |
| v. | |
| PRIMARION, INC., ET. AL., | |
| Defendant(s). | |

The Court hereby approves the Joint Proposed Confidential Juror Questionnaire filed on April 1, 2011, [docket no. 1453, Exhibit A] and instructs the parties as follows:

1. The juror questionnaire (the "questionnaire") shall be modified to include a penalty perjury paragraph and signature line.

2. On **May 4, 2011, by 3:00 p.m.,** counsel shall provide seventy-five (75) copies of the questionnaire to the Jury Office, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA.

3. On **May 5, 2011, at Noon,** counsel may pick up the completed questionnaires from the Jury Office to make copies. The original questionnaires plus two (2) copies must be returned on May 5, 2011, by 3:00 p.m., to the Jury Office.

IT IS SO ORDERED.

Dated: April 7, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge