James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
June T. Tai (State Bar No. 226997)
  jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF DEPOSITION DESIGNATIONS**<br><br>Dept.:   Courtroom A, 15th Floor<br>Judge:  Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date:          May 9, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROP.] ORDER RE
FILING OF DEPO DESIGNATIONS
Case No. CV-08-5129 JCS

23666\2576561.1

1    WHEREAS, pursuant to Court Order, trial of the initial phase in the above captioned action is scheduled to begin on May 9, 2011; (Docket # 1202);

WHEREAS, the Court's previously issued Case Management and Pretrial Order (Docket # 711) (the "Pretrial Order") requires that various pretrial exchanges among the parties occur a specified numbers of days before the Pretrial Conference;

WHEREAS, the Court has scheduled a Pretrial Conference to be held on April 22, 2011, at 1:30 P.M. (Docket # 1202);

WHEREAS, the Court has indicated that the date of the Pretrial Conference may change to April 28, 2011;

WHEREAS, April 12, 2011 is the date on which the parties are to submit deposition designations to the Court, including objections and additions for completeness thereto;

WHEREAS, the parties have met and conferred about the manner of providing packets of deposition designations that is most appropriate and is most convenient for the Court and have reached an agreement that will require that certain changes be made to the deposition designation packets as they currently stand;

WHEREAS, the Pretrial Order mandates that the parties' designations of responses to interrogatories and requests for admission should be handled on the same timeline as deposition designations,

**THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:**

1.    The parties shall provide the Court with deposition designation packets on Thursday, April 14, 2011.

2.    The Parties shall provide the Court with designations of responses to interrogatories and requests for admission and objections thereto on April 14, 2011.

///
///
///
///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROP.] ORDER RE
FILING OF DEPO DESIGNATIONS         1
Case No. CV-08-5129 JCS

23666\2576561.1

1  **IT IS SO STIPULATED.**

2  Dated: April 12, 2011                    FARELLA BRAUN & MARTEL LLP

4                                           By: */s/ Jeffrey M. Fisher*
                                                  Jeffery M. Fisher

6                                           Attorneys for Plaintiff
                                            VOLTERRA SEMICONDUCTOR
                                            CORPORATION

8  Dated: April 12, 2011                    McDERMOTT WILL & EMERY LLP

10                                          By: */s/ Vera Elson*
                                                  Vera Elson

12                                          Attorneys for Defendants
                                            PRIMARION, INC. and INFINEON
                                            TECHNOLOGIES NORTH AMERICA
                                            CORPORATION

15  **PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

17  DATED April 19, 2011

     THE HONORABLE JOSEPH C. SPERO
     MAGISTRATE JUDGE

     *[Signature: Judge Joseph C. Spero, United States District Court, Northern District of California]*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROP.] ORDER RE
FILING OF DEPO DESIGNATIONS          2
Case No. CV-08-5129 JCS                                    23666\2576561.1