# McDermott
# Will & Emery

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan

Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Vera M. Elson
Attorney at Law
velson@mwe.com
+1 650 815 7412

April 20, 2011

The Honorable Joseph C. Spero
District Court Magistrate Judge
United States District Court, San Francisco Division
Court Room A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Joint Letter from Volterra, Primarion and Infineon in *Volterra Semiconductor
        Corporation v. Primarion, Inc., et al.* (Case No.: CV 08-05129 JCS)

Dear Judge Spero:

        Pursuant to stipulation of the parties and as approved by the Court, the Joint Trial Exhibit
List in this matter was due to be filed today April 20, 2011.  The parties have been meeting and
confering to revise and further reduce number of exhibits on the list.  Defendants respectfully
request that the parties be allowed an additional day until April 21, 2011 to file the list.  Volterra
does not oppose this request.

        The parties understand that the Court recently moved the due date for providing the
Exhibit Binders to the Court from April 26, 2011 to April 28, 2011 and are hopeful that the
additional one day extension of time to file the list will not inconvenience the Court.

        Thank you very much for your consideration of this request.

Respectfully submitted,

Dated:  April 20, 2011                           MCDERMOTT WILL & EMERY LLP

                                                 By: _____/s/ DANIEL FOSTER_____
                                                         Daniel Foster

                                                 Attorneys for Defendants,
                                                 PRIMARION, INC., INFINEON
                                                 TECHNOLOGIES NORTH AMERICA CORP.,
                                                 and INFINEON TECHNOLOGIES AG

U.S. practice conducted through McDermott Will & Emery LLP.

275 Middlefield Road Suite 100 Menlo Park California 94025-4004  Telephone: +1 650 815 7400  Facsimile: +1 650 815 7401  www.mwe.com

The Honorable Joseph C. Spero
April 20, 2011
Page 2


Dated:  April 20, 2011                    FARELLA BRAUN & MARTEL LLP

                                          By: _____/s/ JEFFREY M. FISHER_____
                                                   Jeffrey M. Fisher

                                          Attorneys for Plaintiff,
                                          Volterra Semiconductor Corporation


DM_US 26545842-2.072750.0023

Dated:  April 21, 2011

