1  James W. Morando (State Bar No. 087896)
   jmorando@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
3  June T. Tai (State Bar No. 226997)
   jtai@fbm.com
4  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
5  San Francisco, CA 94104
   Telephone: (415) 954-4400
6  Facsimile: (415) 954-4480

7  Attorneys for Plaintiff
   VOLTERRA SEMICONDUCTOR CORPORATION
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>14<br><br>15      Plaintiff,<br><br>    vs.<br>16<br>   PRIMARION, INC., a Delaware<br>17 corporation, INFINEON<br>   TECHNOLOGIES AG, a German<br>18 corporation, and INFINEON<br>   TECHNOLOGIES NORTH AMERICA<br>19 CORPORATION, a Delaware corporation,<br><br>20      Defendants.<br><br>21<br>   AND RELATED COUNTERCLAIMS.<br>22 | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING UNAVAILABILITY**<br>**OF TSMC NORTH AMERICA**<br><br>Dept.:   Courtroom A, 15th Floor<br>Judge:   Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date:      May 9, 2011 |

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
UNAVAILABILITY OF TSMC NA / Case No.
CV-08-5129 JCS

1    WHEREAS, TSMC North America ("TSMC NA") is a non-party witness to facts and events relevant to this litigation;

WHEREAS, the deposition of TSMC NA was taken by Defendants Primarion, Inc., Infineon Technologies AG, and Infineon Technologies North America Corp. (collectively, "Defendants") pursuant to Federal Rules of Civil Procedure 30(b)(6) on April 20, 2011;

WHEREAS, the deposition of TSMC NA was taken pursuant to the Court's September 17, 2010 Order and after the Court's deadline for the submission of deposition designations;

WHEREAS, the parties wish to increase the efficiency of trial and wish to avoid the need to require a personal appearance by TSMC NA at trial;

**THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL OF RECORD, AS FOLLOWS:**

1. TSMC NA shall be deemed to be an unavailable witness within the meaning of Federal Rules of Civil Procedure 32(a)(4) for the purpose of trial in this action;

2. The parties may designate and offer portions of the April 20, 2011 deposition transcript of TSMC NA in lieu of live testimony at trial, subject to the right of the other side to assert objections to any testimony designated by the other party and the requirement that the designated testimony be otherwise determined by the Court to be admissible.

3. Each side shall serve initial designations of the deposition testimony of TSMC NA that they intend to offer at trial in the format specified in the Pretrial Order on the other by Wednesday, April 27, 2011.

4. The parties shall serve the other side with, in the format specified in the Pretrial Order, objections to deposition designations, any additions to designated testimony to cure any completeness objections, and counter-designations, by Friday, April 29, 2011.

5. The parties shall serve the other side with any objections to an opposing party's counter-designation of deposition testimony, and any additions to cure any completeness objection to any counter-designated testimony, by Monday, May 2, 2011.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
UNAVAILABILITY OF TSMC NA / Case No.     - 2 -
CV-08-5129 JCS

1    6.   The parties shall then meet and confer on Tuesday, May 3, 2011, as specified in the Pretrial Order such that the deposition designation packet can be provided to the Court in the format specified in the Pretrial Order.

7.   The parties shall file the deposition designation packet with the Court on Thursday, May 5, 2011.

8.   All documents discussed above that are required to be served pursuant to this Stipulation but not filed shall be served on the other side by electronic mail (and as appropriate and according to agreement among the parties by other electronic means such as "YouSendIt") by 6 p.m. PST on the date that service is required.

8.   All documents discussed above served by Defendants on Plaintiff Volterra shall be served to James W. Morando (jmorando@fbm.com), Jeffrey M. Fisher (jfisher@fbm.com), June T. Tai (jtai@fbm.com); Matthew A. Hollander (mhollander@fbm.com); Anthony Vidal (avidal@fbm.com), and Gina Renteria (grenteria@fbm.com).

9.   All documents discussed above served by Plaintiff Volterra on Defendants shall be served to Dan Foster (dfoster@mwe.com); Vanessa Lefort (vlefort@mwe.com); Simone Levant (slevant@mwe.com); and Alma deParedes (adeparedes@mwe.com).

**IT IS SO STIPULATED.**

Dated: April 25, 2011

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document

FARELLA BRAUN & MARTEL LLP

By:   */s/ Jeffrey M. Fisher*
      Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [~~PROPOSED~~] ORDER RE
UNAVAILABILITY OF TSMC NA / Case No.    - 3 -
CV-08-5129 JCS

1  Dated: April 25, 2011

                                         McDERMOTT WILL & EMERY LLP

                                         By: */s/ Vera Elson*
                                                Vera Elson

                                         Attorneys for Defendants
                                         PRIMARION, INC. and INFINEON
                                         TECHNOLOGIES NORTH AMERICA
                                         CORPORATION

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

DATED ___April 26,___ 2011              _____
                                                  THE HON. JOSEPH SPERO
                                                  MAGISTRATE JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
UNAVAILABILITY OF TSMC NA / Case No.  - 4 -
CV-08-5129 JCS