1  James W. Morando (State Bar No. 087896)
     jmorando@fbm.com
2  Jeffrey M. Fisher (State Bar No. 155284)
     jfisher@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Plaintiff
   VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF INVENTION, CONCEPTION, AND REDUCTION TO PRACTICE**<br><br>Dept.: Courtroom A, 15th Floor<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: May 9, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
DATE OF INVENTION, CONCEPTION, AND
REDUCTION TO PRACTICE / Case No. CV-08-
5129 JCS

23666\2597025.1

Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG (collectively, the "Defendants"), by and through their respective counsel, stipulate for all purposes in this litigation, including in connection with any future appeal of any issue in this case, as follows:

1. The invention date for the alleged inventions of claims 26 and 34 of U.S. Patent No. 6,278,264 and claims 9, 11, 16, 17, 18, 19, 22 and 24 of U.S. Patent No. 6,462,522 is April 3, 1998.

2. The alleged inventions of claims 26 and 34 of U.S. Patent No. 6,278,264 and claims 9, 11, 16, 17, 18, 19, 22 and 24 of U.S. Patent No. 6,462,522 were conceived by Andrew J. Burstein and Charles Nickel (the "inventors") by April 3, 1998.

3. The inventors of the alleged inventions of claims 26 and 34 of U.S. Patent Nos. 6,278,264 and of claims 9, 11, 16, 17, 18, 19, 22 and 24 of U.S. Patent No. 6,462,522 at all times proceeded with reasonable diligence between April 3, 1998 and September 5, 1998 to reduce these alleged inventions to practice and these alleged inventions were reduced to practice by September 5, 1998.

4. The Court shall instruct the jury that the above stipulated facts are true. The Parties, by and through their counsel of record, and witnesses in this case may state and refer to the above stipulated facts during all stages of trial.

5. Defendants will not hereafter in this litigation, including in connection with any future appeal of any issue in this case, rely on, assert, offer or seek to introduce as evidence or through testimony including expert testimony, or refer to either through their counsel or witnesses, any alleged prior art in this litigation published on or after April 3, 1998, unless the prior art is a patent or patent application publication published from an application filed prior to April 3, 1998, for purposes of any argument of alleged invalidity or unenforceability of claims 26 and 34 of U.S. Patent Nos. 6,278,264 and claims 9, 11, 16, 17, 18, 19, 22 and 24 of U.S. Patent No. 6,462,522, including, but not limited to, any of the following patents, references and/or publications:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DATE OF INVENTION, CONCEPTION, AND REDUCTION TO PRACTICE / Case No. CV-08-5129 JCS

23666\2597025.1

(a) Anthony Stratakos' Ph.D. Thesis entitled "High-Efficiency Low-Voltage DC-DC Conversion for Portable Applications,"

(b) Xunwei Zhou's article entitled "Low-voltage High-efficiency Fast-transient Voltage Regulator Module,"

(c) U.S. Patent Nos. 6,133,634 and 6,489,678 issued to Joshi,

(d) U.S. Patent No. 6,198,261 issued to Schultz,

(e) International Patent Application Publication No. WO 99/31790, and

(f) U.S. Patent No. 6,020,729 issued to Stratakos.

Primarion and Infineon contend that they are permitted to and reserve the right to rely on patents and printed publications that qualify as prior art in light of the factual stipulations set forth herein under 35 USC section 102(b) or 102(e).

**IT IS SO STIPULATED.**

Dated: May 2, 2011

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

McDERMOTT WILL & EMERY LLP

By: /s/
Vera Elson

Attorneys for Defendants
PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

**WE ACCEPT DEFENDANTS' STIPULATION:**

Dated: May 2, 2011

FARELLA BRAUN & MARTEL LLP

By: /s/
Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DATE OF INVENTION, CONCEPTION, AND REDUCTION TO PRACTICE / Case No. CV-08-5129 JCS

- 3 -

23666\2597025.1

**PURSUANT TO THE STIPULATION OF THE DEFENDANTS, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

DATED __ May 3, _____ 2011



_____
THE HONORABLE JOSEPH SPERO
U.S. MAGISTRATE JUDGE

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DATE OF INVENTION, CONCEPTION, AND REDUCTION TO PRACTICE / Case No. CV-08-5129 JCS

- 4 -

23666\2597025.1