James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
June T. Tai (State Bar No. 226997)
  jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCLOSURE OF WITNESSES AND PROPOSED EXHIBITS**<br><br>Dept.:     Courtroom A, 15th Floor<br>Judge:     Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date:          May 9, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
DISCLOSURE OF WITNESSES AND EXHIBITS/
Case No. CV-08-5129 JCS

23666\2597049.1

1    Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon

2 Technologies North America Corp., and Infineon Technologies AG (collectively, the "Parties"),

3 by and through their respective counsel, jointly stipulate as follows to clarify and confirm their

4 understanding of subsection VI-M of the March 9, 2010 Case Management and Pretrial Order

5 (Dkt. No. 711), which provides that:

6   "[a]t the close of each trial day, all counsel shall exchange a list of witnesses for the next
    two full court days and the exhibits that will be used during direct examination (other than
7   for impeachment of an adverse witness). Within 24 hours of such notice, all other counsel
    shall provide any objections to such exhibits and shall provide a list of all exhibits to be
8   used with the same witness on cross-examination (other than for impeachment). The first
    notice shall be exchanged prior to the first day of trial. All such notices shall be provided
9   in writing."

10   The parties have further agreed to certain procedures to help facilitate the orderly

11 presentation and review of exhibits during trial as set forth more fully below.

12   The parties hereby stipulate as follows with respect to subsection VI-M of the March 9,

13 2010 Case Management and Pretrial Order:

14   1.   Subsection VI-M applies to all witness testimony, including those witnesses who

15 are to be presented by deposition testimony.

16   2.   Written disclosures prior to the first day of trial disclosures will be provided by

17 6:00 p.m. on Friday May 6, with any related exhibit disclosures required due to the Friday

18 disclosures required by 5:00 p.m. on Saturday May 7.

19   3.   Regarding witnesses called after the first day of trial, the specific time deadline for

20 such written disclosures shall be no later than 5:00 p.m. on the dates that they are due (*i.e.*, 5:00

21 p.m. two court days prior to the day a witness will be called on direct and 5:00 p.m. on the

22 following day for objections and disclosures of exhibits for cross).  For example, a witness to be

23 called on direct on Wednesday would be identified on Monday and objections would be made on

24 Tuesday.  Notice by email will be sufficient.  With respect to disclosures for witnesses to appear

25 on Mondays, the deadline shall be extended to 5:00 p.m. on Friday with any related exhibit

26 disclosures required due to the Friday disclosures required by 5:00 p.m. on Saturday.  With

27 respect to disclosures for witnesses to appear on Tuesdays, the deadline shall be extended to

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
DISCLOSURE OF WITNESSES AND EXHIBITS/   - 2 -
Case No. CV-08-5129 JCS

23666\2597049.1

1  5:00 p.m. on Saturday with any related exhibit disclosures required due to the Saturday

2  disclosures required by 5:00 p.m. on Sunday.

3      4.    All exhibits to be used on direct or cross shall be identified by exhibit number as

4  reflected on the Joint Exhibit List and any demonstratives should be physically exchanged.

5      5.    Any exhibits or demonstratives not identified in accordance with the above-

6  referenced procedures cannot be used with the witness on either direct or cross (other than those

7  offered solely for impeachment purposes).

8      6.    Counsel shall not over-designate potential exhibits in these disclosures, but shall

9  use their best efforts to identify only those documents they actually intend to use on direct or

10 cross (other than those offered solely for impeachment purposes).

11     7.    On the morning before start of the trial day for each witness expected to take the

12 stand that day at trial, each side shall have prepared binders containing all exhibits they intend to

13 use with the witness on direct or cross examination as previously identified in the written

14 disclosures (other than for impeachment), which shall be provided to the other side and to the

15 Court with an additional binder available for the witness when the witness is called to the stand.

16 For ease of reference and to facilitate witness examination, such binders will separate each

17 proposed exhibit by a tab with the same exhibit number as reflected on the Joint Exhibit List.

18 **IT IS SO STIPULATED.**

19

20 Dated: May 2, 2011                                        FARELLA BRAUN & MARTEL LLP

21 I represent that concurrence in the filing of this
22 document has been obtained from each of the      By:    */s/ Jeffrey M. Fisher*
   other signatories which shall serve in lieu of                      Jeffrey M. Fisher
23 their signatures on this document

   Attorneys for Plaintiff
24    VOLTERRA SEMICONDUCTOR
   CORPORATION

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE
DISCLOSURE OF WITNESSES AND EXHIBITS/   - 3 -
Case No. CV-08-5129 JCS

23666\2597049.1

Dated: May 2, 2011

McDERMOTT WILL & EMERY LLP

By: /s/ *Vera Elson*
Vera Elson

Attorneys for Defendants
PRIMARION, INC. and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

Dated May 3, 2011

The Honorable [Judge Joseph C. Spero], Magistrate Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE DISCLOSURE OF WITNESSES AND EXHIBITS/ Case No. CV-08-5129 JCS       - 4 -

23666\2597049.1