UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, | Case No. C 08-05129 JCS |
| Plaintiff(s), | **ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| PRIMARION, INC. ET AL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the nine (9) members of the jury in the above-entitled matter beginning **May 10, 2011**, **at 7:30 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: May 4, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge