James W. Morando (State Bar No. 087896)
   jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
   jfisher@fbm.com
June T. Tai (State Bar No. 226997)
   jtai@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**[PROPOSED] ORDER PERMITTING DELIVERY AND USE OF EQUIPMENT IN COURTROOM D, 15th FLOOR FOR THE DURATION OF TRIAL BEGINNING MAY 9, 2011, HON. JUDGE SPERO PRESIDING**<br><br>Complaint Filed: November 12, 2008<br>Trial Date: May 9, 2011 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER RE EQUIPMENT
CASE NO. CV-08-5129 JCS

23666\2599442.1

1  During the trial before Hon. Magistrate Judge Spero scheduled to begin on May 9, 2011,
2  Volterra and Defendants intend to bring certain equipment into the courtroom and to utilize
3  certain audiovisual equipment to publish evidence and present background information and
4  argument during trial regarding the issues to be decided by the jury and by the Court.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. Volterra and Defendants may bring the following equipment and other items into
7  the courtroom:
8  (a) Computers;
9  (b) 5-7 LCD Desktop monitors;
10 (c) 2 large LCD monitors on stands;
11 (d) Projector;
12 (e) Screen;
13 (f) Switch boxes;
14 (g) Power strips;
15 (h) A/V carts;
16 (i) Cabling;
17 (j) Metals carts for Joint Trial Exhibit binders;
18 (k) Boxes containing official deposition files and trial exhibits;
19 (l) Printers
20 (m) Tech Tables.
21 2. Volterra and Defendants may have access to the courtroom to set up the above
22 equipment beginning at 12:00 p.m. on May 5, 2011 so that they can arrange this equipment and
23 materials in Courtroom D on the 15th Floor as per the instructions given after the Court's Pretrial
24 Hearing on April 28, 2011.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER RE EQUIPMENT
CASE NO. CV-08-5129 JCS
- 2 -
23666\2599442.1

1 **IT IS SO ORDERED.**

2 Dated: ___May 4_____, 2011

5 _____
MAGISTRATE JUDGE JOSEPH C. SPERO
United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER RE EQUIPMENT
CASE NO. CV-08-5129 JCS

- 3 -

23666\2599442.1