UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### THIRD AMENDED CIVIL TRIAL MINUTES

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** May 11, 2011     **COURT REPORTER:** Belle Ball/Debra Pas

**CASE NO.:** 3:08-cv-5129 JCS

**CASE NAME:** Volterra Semiconductor Corp v. Primarion, Inc., et al.

**TRIAL BEGAN:** May 9, 2011     **TIME:** 5 hrs 6 min

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| James Morando, Jeffrey Fisher | Terry McMahon, Vera Elson |
| Karen Kimmey & Brian Keating | Dan Foster, Sarah Columbia |

**PROCEEDINGS:**   Jury Trial - Day 3
All counsel and parties present. Court issued rulings on deposition designations of Baker and Schiefer. Jury present. Continued cross-examination, and re-direct examination of Dr. Fair. Jury Note #2 received and filed. Dr. Fair excused. Direct, cross-examination, and re-direct examination of Dr. Garrou. Dr. Garrou excused. Dfts' rested. Direct exam of Dr. Craig Teuscher. Jury excused for the day and reminded of admonishment. Jury trial resumes on Friday, 5/13/11 at 8:00 AM.

**WITNESSES:** Dr. Richard Fair, Dr. Philip Garrou, Dr. Craig Teuscher*

**EXHIBITS:** 578, 811, 1654, 878,1356, 1357, 1696, 1799, 1811, 1320, 1547, 1318 limited to only the pages used (pages 150, 160, 188), 1361 limited to only the pages used (page 393), 1537 limited to only the pages used (page 936).

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Trial days: Day 3 of 12

Page 1 of 1

Time: Pla: 12:23:44 Dfts: 8:55:41
*Amended to add Dr. Teuscher as a witness
**Amended to add that Court issued rulings on depo designations.