UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL TRIAL MINUTES**

**MAGISTRATE JUDGE JOSEPH C. SPERO**       **COURTROOM DEPUTY:** Karen Hom

**DATE:** May 16, 2011       **COURT REPORTER:** Belle Ball/Debra Pas

**CASE NO.:** 3:08-cv-5129 JCS

**CASE NAME:** Volterra Semiconductor Corp v. Primarion, Inc., et al.

**TRIAL BEGAN:** May 9, 2011       **TIME:** 3 hrs 5 m

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| James Morando, Jeffrey Fisher | Terry McMahon, Vera Elson |
| Karen Kimmey & Brian Keating | Dan Foster, Sarah Columbia |

**PROCEEDINGS:**   Jury Trial - Day 5
All counsel and parties present.  JMOL scheduling - oppositions shall be due by close of business on Wed., 5/18.
Jury present. Direct exam, cross-examination and re-direct examination of Dr. John Bravman.  Video deposition of Dr. Baker. Direct and cross-examination of Michael Sugg. Video deposition of Ray Clemo. Court issued rulings as to deposition designations of Ray Van Dell.

Jury excused for the day and reminded of admonishment. Jurors to return on 5/17/11 at 8:15 AM.  Jury trial resumes on Tuesday, 5/17/11 at 8:00 AM.

**WITNESSES:** Dr. John Bravman, video deposition of Dr. R. Jacob Baker, Michael Sugg, video deposition of Ray Clemo.

**EXHIBITS:** 489 -limited to page 477; 1109-limited to page 1; 488; 552; 1696-limited to pages 428, 429; 542; 565; 566; 132

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Trial days: Day 5 of 12