UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C08-05129 JCS**
Case Name:  **VOLTERRA SEMICONDUCTOR CORP.**  V.  **PRIMARION, INC. ET AL**

**EXHIBIT and WITNESS LIST**

| JUDGE<br>JOSEPH C. SPERO | PLAINTIFF ATTORNEY:<br>James Morando, Jeffrey Fisher ,<br>Brian Keating &  Karen Kimmey | DEFENSE ATTORNEY:<br>Terry McMahon, Vera Elson, Dan<br>Foster & Sarah Columbia |
|---|---|---|
| TRIAL DATE:<br>May 16, 2011 | REPORTER(S):<br>Belle Ball & Debra Pas | CLERK:<br>KAREN L. HOM |

| PLF<br>NO. | DEF<br>NO | TIME<br>OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:30 AM | | | All counsel and parties present. |
| | | 8:06 AM | | | Court convened. Jury not present. |
| | | | | | Discussion held on video deposition clips Mr. Todorov and Mr. Baker. |
| | | | | | Due to timing issues Pla's do not plan to play video deposition of Todorov. |
| | | | | | Discussion held on Baker video depo. |
| | | | | | Scheduling of JMOL Motion - Opposition shall be due by COB on Wed., 5/18. |
| | | 8:12 AM | | | Discussion held as to Dr. Lidsky's testimony re: CTE mismatch. |
| | | 8:22 AM | | | Discussion held re: demonstratives to be used with Dr. Bravman. |
| | | 8:26 AM | | | Court recessed. |
| | | 8:33 AM | | | Court reconvened. Jury present. |
| | | | | | Jurors informed that Court will only be going until 11:30 AM today. Jurors are to return on 5/17 at 8:15 AM. |
| | | | | | Pla's called witness **Dr. John Cole Bravman**. Oath administered. Direct exam by J.Morando |
| 489 | | 9:26 AM | X | X | Exhibit 489- Book :Electronic Packaging Design. Limited to page 477. |
| 1109 | | 9:27 AM | X | X | Exhibit 1109- Chip Scale Package. Limited to page 1. |
| 488 | | 9:29 AM | X | X | Exhibit 488 - Article titled "Cost Analysis: Solder Bumped Flip Chip. |

Case No: <u>C08-05129 JCS</u>
Case Name:  <u>**VOLTERRA SEMICONDUCTOR CORPORATION**</u> V.  <u>**PRIMARION, INC. ET AL**</u>
Date: <u>May 16, 2011</u>

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| <u>552</u> | | <u>9:32 AM</u> | <u>X</u> | <u>X</u> | <u>Exhibit 552 - Excerpts from "Microelectronics Packaging Handbook". Limited to page 1134.</u> |
| <u>1696</u> | | <u>9:34 AM</u> | <u>X</u> | <u>X</u> | <u>Exhibit 1696 - Excerpts from "Microelectronics Packaging Handbook: Subsystem Packaging. Limited to page 429</u> |
| <u>1307</u> | | <u>9:37 AM</u> | <u>X</u> | <u>X</u> | <u>Exhibit 1307 - Excerpts from Integrated Circuit Packaging, Assembly and Inerconnections.</u> |
| | | <u>9:41 AM</u> | | | <u>Cross-exam of **Dr. Bravman** by SColumbia.</u> |
| | | <u>10:04 AM</u> | | | <u>Witness **Dr. Bravman** excused.</u> |
| | | | | | <u>Jury released for 15 min recess and reminded of admonishment.</u> |
| | | | | | <u>Court recessed for 15 mins.</u> |
| | | <u>10:23 AM</u> | | | <u>Court reconvened. Jury not present</u> |
| | | <u>10:24 AM</u> | | | <u>Jury present.</u> |
| | | | | | <u>Video deposition of Dr. Baker played.</u> |
| | | <u>10;30 AM</u> | | | <u>Pla's called witness **Michael Sugg**.  Oath administered. Direct exam by J.Fisher.</u> |
| | | <u>10:58 AM</u> | | | <u>Cross-exam of **Michael Sugg** by T.McMahon</u> |
| | | <u>11:02 AM</u> | | | <u>Witness **Michael Sugg** excused.</u> |
| | | <u>11:04 AM</u> | | | <u>Video taped deposition of Ray Clemo. Parties stipulated to following exhibits being admitted: 542, 566, 565, 132.</u> |
| <u>542</u> | | | <u>X</u> | <u>X</u> | <u>Exhibit 542 - E-mail from F. Maxwell to R. Clemo.</u> |
| <u>565</u> | | | <u>X</u> | <u>X</u> | <u>Exhibit 565 - Email from C. Teuscher to L. Gross</u> |
| <u>566</u> | | | <u>X</u> | <u>X</u> | <u>Exhibit 566 - E-mail from C. Teuscher to L. Miao.</u> |
| <u>132</u> | | | <u>X</u> | <u>X</u> | <u>Exhibit 132 - E-mail from Frank Maxwell to Ray Clemo.</u> |
| | | | | | <u>Court issued rulings on the deposition designations of Ray Van Dell.</u> |

Case No: <u>C08-05129 JCS</u>
Case Name:  <u>**VOLTERRA SEMICONDUCTOR CORPORATION**</u>  V.  <u>**PRIMARION, INC. ET AL**</u>
Date: <u>May 16, 2011</u>

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | <u>11:34 AM</u> | | | <u>Jurors released for the day and reminded of admonishment. Jurors told to return on 5/17/11 at 8:15 AM.</u> |
| | | | | | <u>Court recessed for the day. Trial continues on 5/17/11 at 8:00 AM.</u> |
| | | | | | <u>Time: Pla: 7:35:07  Dft: 6:27:43</u> |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 3 of 3