UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL TRIAL MINUTES

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** <u>Karen Hom</u> |
| **DATE:** May 18, 2011 | **COURT REPORTER:** <u>Belle Ball</u> |

**CASE NO.:** 3:08-cv-5129 JCS

**CASE NAME:** Volterra Semiconductor Corp v. Primarion, Inc., et al.

| | |
|---|---|
| **TRIAL BEGAN:** May 9, 2011 | **TIME:** 4 h 51 m |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| James Morando, Jeffrey Fisher | Terry McMahon, Vera Elson |
| Karen Kimmey & Brian Keating | Dan Foster, Sarah Columbia |

**PROCEEDINGS:**    Jury Trial - Day 7

Court convened. Jury not present. Discussion held on Bench Memo of Dr. Szepesi Testimony [docket 1555]. Court ruled that there shall be no reference that Mr. Dolkas contacted him on this case. Reference can be made that he's been retained on other cases.

Jury present. Direct, cross-exam, re-direct exam , and re-cross exam of Dr. Szepesi. Dr. Szepesi excused. Video deposition of Ron Van Dell. Direct, cross-exam, and re-direct of Kenneth Ostrom. Kenneth Ostrom excused. Direct exam of Laura Carpenter.

Court issued rulings on Stephen Kuo deposition designations.
Jurors excused for the day, reminded of admonishment and shall return on 5/19/11 by 8:15 AM.
Pla's shall disclose list of witnesses to Dfts' by 5:00 PM today.
Court overruled it's ruling on Stratakos testimony. Pla may argue in their closing that Burstein first came up with the idea.

**WITNESSES:** Dr. Thomas Szepesi, Ron Van Dell, Kenneth Ostrom, Laura Carpenter

**EXHIBITS:** 489- page 13;  933 - only Bates Stamp 204433, paragraph 5; 1970 - page 303 only; 31; 156; 544; 536; 83; 147; 173-page 1 only; 1516; 1700; 1396; 175; 527.

**(SEE THE ATTACHED TRIAL WORKSHEET)**

Trial days: Day 7 of 12

Page 1 of 1