UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP., | No. C-08-05129 JCS |
| Plaintiff, | |
| v. | |
| PRIMARION, INC., ET AL., | |
| Defendants. | |

**COURT'S PROPOSED VERDICT FORM**

DATED: May 23, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

**A.     Written Description Requirement**

1.  Have Defendants proven by clear and convincing evidence that a person of ordinary skill in the art would find that the specification of the Burstein '264 and '522 Patents does not adequately describe the claimed inventions?

    No _____          Yes _____

    Proceed to Question 2.


**B.     Obviousness**

2.  Have Defendants proven by clear and convincing evidence that a person of ordinary skill in the art would find that Williams discloses "pads"?

    No _____          Yes _____

    Proceed to Question 3.

3.  Have Defendants proven by clear and convincing evidence that a person of ordinary skill in the art would find that Williams discloses "an array of pads"?

    No _____          Yes _____

    Proceed to Question 4.

4.  Has Volterra proven the existence of the following objective indicia of nonobviousness?

    a.   commercial success of a product or products due to the merits of the claimed inventions

    No _____          Yes _____

    b.   a long felt need for the solution provided by the claimed inventions

    No _____          Yes _____

    c.   unsuccessful attempts by others to find the solution provided by the claimed inventions

    No _____          Yes _____

2

        d.    copying of the claimed inventions by others

        No \_\_\_\_\_          Yes \_\_\_\_\_

        e.    unexpected and superior results from the claimed inventions

        No \_\_\_\_\_          Yes \_\_\_\_\_

        f.    acceptance by others of the claimed inventions as shown by praise from others in the field

        No \_\_\_\_\_          Yes \_\_\_\_\_

        g.    whether persons expressed surprise, skepticism, or disbelief regarding the inventions

        No \_\_\_\_\_          Yes \_\_\_\_\_

Proceed to Question 5

5.    Have Defendants proven by clear and convincing evidence that any of the Asserted Claims of Volterra's patents would have been obvious to a person of ordinary skill in the field at the time of the date of the invention?

        No _____          Yes _____

If you answered "Yes" to Question 5, then continue to Question 6.  If you answered "No" to Question 5, then proceed to the last page.

3

6.  If you answered "Yes" to Question 5, then identify the Claims that you have invalidated as obvious by marking an "X" or a check mark on the Patent Claim or Claims that you invalidated as obvious:

'522 patent, claim 9: \_\_\_\_\_

'522 patent, claim 11: \_\_\_\_\_

'522 patent, claim 16: \_\_\_\_\_

'522 patent, claim 17: \_\_\_\_\_

'522 patent, claim 18: \_\_\_\_\_

'522 patent, claim 19: \_\_\_\_\_

'522 patent, claim 22: \_\_\_\_\_

'522 patent, claim 24: \_\_\_\_\_

'264 patent, claim 26: \_\_\_\_\_

'264 patent, claim 34: \_\_\_\_\_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.