UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP., | No. C-08-05129 JCS |
| Plaintiff, | |
| v. | |
| PRIMARION, INC., ET AL., | |
| Defendants. | |

**VERDICT FORM**

DATED: May 24, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

**JURY VERDICT**

We, the jury, unanimously find as follows:

1. Has Volterra proven the existence of the following objective indicia of nonobviousness with respect to claims 9, 11 and 16-19 of the '522 patent?

    a. commercial success of a product or products due to the merits of the claimed inventions

    No _____          Yes _____

    b. a long felt need for the solution provided by the claimed inventions

    No _____          Yes _____

    c. unsuccessful attempts by others to find the solution provided by the claimed inventions

    No _____          Yes _____

    d. copying of the claimed inventions by others

    No _____          Yes _____

    e. unexpected and superior results from the claimed inventions

    No _____     Yes _____

    f. acceptance by others of the claimed inventions as shown by praise from others in the field

    No _____          Yes _____

    g. whether persons expressed surprise, skepticism, or disbelief regarding the claimed inventions

    No _____          Yes _____

    Proceed to Question 2

2. Have Defendants proven by clear and convincing evidence that claims 9, 11 and 16-19 of the '522 patent would have been obvious to a person of ordinary skill in the field at the time of the date of the invention?

    No _____          Yes _____

2

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

**SIGN AND DATE THE SPECIAL VERDICT FORM**

**Signed:**_____

**Foreperson of the Jury:**_____

**Dated:**_____

After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict Form to the Courtroom Deputy.