**FILED**

MAY 2 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORP., | No. C-08-05129 JCS |
| Plaintiff, | |
| v. | |
| PRIMARION, INC., ET AL., | |
| Defendants. | |

**VERDICT FORM**

DATED: May 24, 2011

JOSEPH C. SPERO
United States Magistrate Judge

# JURY VERDICT

We, the jury, unanimously find as follows:

1. Has Volterra proven the existence of the following objective indicia of nonobviousness with respect to claims 9, 11 and 16-19 of the '522 patent?

   a. commercial success of a product or products due to the merits of the claimed inventions

   No _____    Yes ✓

   b. a long felt need for the solution provided by the claimed inventions

   No _____    Yes ✓

   c. unsuccessful attempts by others to find the solution provided by the claimed inventions

   No _____    Yes ✓

   d. copying of the claimed inventions by others

   No _____    Yes ✓

   e. unexpected and superior results from the claimed inventions

   No _____    Yes ✓

   f. acceptance by others of the claimed inventions as shown by praise from others in the field

   No _____    Yes ✓

   g. whether persons expressed surprise, skepticism, or disbelief regarding the claimed inventions

   No _____    Yes ✓

   Proceed to Question 2

2. Have Defendants proven by clear and convincing evidence that claims 9, 11 and 16-19 of the '522 patent would have been obvious to a person of ordinary skill in the field at the time of the date of the invention?

   No ✓    Yes _____

2

1  You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date
2  the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is
3  brought back into the courtroom.

4  **SIGN AND DATE THE SPECIAL VERDICT FORM**

5  Signed: _[signature]_

6  Foreperson of the Jury: _Ian Maurer_

7  Dated: _5/24/2011_

8  After this Verdict Form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the Verdict
9  Form to the Courtroom Deputy.