James W. Morando (State Bar No. 087896)
  jmorando@fbm.com
Jeffrey M. Fisher (State Bar No. 155284)
  jfisher@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV-08-5129 JCS<br><br>**STIPULATION REGARDING POST-TRIAL BRIEFING**<br><br>Dept.:     Courtroom A, 15th Floor<br>Judge:    Honorable Joseph C. Spero<br><br>Complaint Filed:  November 12, 2008<br>Trial Date:          May 9, 2011 |
| AND RELATED COUNTERCLAIMS. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION RE POST-TRIAL BRIEFING
Case No. CV-08-5129 JCS

23666\2639250.1

1  WHEREAS, trial of the initial phase in the above captioned action began on May 9, 2011
2  and concluded on May 24, 2011;

3  WHEREAS, Defendants intend to file a post-trial motion pursuant to Federal Rule of
4  Civil Procedure 50 and 59;

5  WHEREAS, the parties have agreed that Defendants will file one combined 25 page Rule
6  50 and 59 post-trial motion;

7  WHEREAS, Defendants also intend to file a motion requesting that the Court certify a
8  judgment pursuant to Federal Rule of Civil Procedure 54 and/or take other action to enable an
9  immediate appeal of the Court's rulings and the jury's verdict relating to the Burstein Patents;

10  WHEREAS, at the June 3, 2011 Status Conference, the Court directed that Defendants'
11  motions should be heard on the same date, September 9, 2011, and directed the parties to provide
12  a briefing schedule with respect to these motions whereby Defendants' reply memoranda would
13  be filed on August 12, 2011;

14  WHEREAS, the Court has set a Case Management Conference for September 9, 2011, at
15  which the parties will be prepared to discuss a schedule for the remainder of this action; and

16  WHEREAS, the Court has ordered the parties to submit a Case Management Conference
17  Statement on September 2, 2011;

18  **THE PARTIES HEREBY STIPULATE, BY AND THROUGH THEIR COUNSEL**
19  **OF RECORD, AS FOLLOWS:**

20  1.  Defendants shall file and serve their combined Rules 50 and 59 post-trial motion
21  ("Defendants' Post-Trial Motion") and supporting memorandum on June 24, 2011;

22  2.  Defendants shall file and serve their motion regarding certification of a judgment
23  and supporting memorandum on June 24, 2011 ("Defendants' Motion Re Certification of
24  Judgment"). Defendants' motion shall raise all legal theories and arguments that Defendants will
25  make in connection with their request to seek immediate appellate review of any decision made to
26  date and orders or judgments made or entered with respect to the Burstein Patents regardless of
27  the underlying rule, statute, other authority, or other basis;

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE POST-TRIAL BRIEFING
Case No. CV-08-5129 JCS

- 2 -

3. On August 1, 2011, Volterra shall file its opposition to Defendants' Post-Trial Motion;

4. On August 3, 2011, Volterra shall file its opposition to Defendants' Motion Re Certification of Judgment;

5. Defendants shall file their reply memoranda in support of both motions on August 12, 2011; and

6. The parties shall exchange proposed schedules for the remainder of this action and shall meet and confer in advance of September 2, 2011 such that the parties can submit to the Court a proposed schedule for the remainder or this action on September 2, 2011 in connection with the September 9, 2011 Case Management Conference.

**IT IS SO STIPULATED.**

Dated: June 7, 2011

FARELLA BRAUN & MARTEL LLP

By: _/s/ Jeffrey M. Fisher_
Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

Dated: June 7, 2011

McDERMOTT WILL & EMERY LLP

By: _/s/ Vera Elson_
Vera Elson

Attorneys for Defendants
PRIMARION, INC., INFINEON TECHNOLOGIES AG, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**

Dated __June 8_____2011

_____
The Honorable _____ Magistrate Judge
Judge Joseph C. Spero

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE POST-TRIAL BRIEFING
Case No. CV-08-5129 JCS        - 3 -