UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br>vs.<br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE (DKT. NO. 1649) AND FOR CONTINUANCE OF HEARING ON THAT MOTION**<br><br>Date: Friday, December 2, 2011<br>Time: 9:30 a.m.<br>Location: Courtroom G - 15th Floor<br>Judge: Honorable Joseph C. Spero |

Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to extending the deadlines for briefing of Defendants' Motion for Leave [Dkt. No. 1649] and the hearing on that motion as follows:

- **Deadline for Plaintiff to file its Opposition to Motion for Leave.** Extended from November 9, 2011 to November 14, 2011.

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE**     - 1 -     CASE NO.: c 08-05129-JCS
23666\2852765.1

- **Deadline for Defendants to file their Reply in Support of Motion for Leave.** Extended from November 16, 2011 to November 23, 2011.

- **Hearing on Motion for Leave.** Reset from December 2, 2011 to December 9, 2011.

Pursuant to Civ. L.R. 6-2(a)(1), the Declaration of Jeffrey D. Baxter in Support of Stipulation and [Proposed] Order Extending Time for Briefing on Defendants' Motion for Leave is being filed concurrently herewith. The Baxter Declaration sets forth with particularity the reasons for the requested time modification, discloses all previous time modifications in this case, and describes the effect the requested modification would have on the schedule for this case.

The extension is sought at the request of the Defendants to accommodate the travel schedules of their counsel to allow them adequate time to fully brief the issues. Plaintiff does not oppose this request. The proposed change of the hearing date is to provide further time for the Court to consider the briefing on this motion in light of the proposed briefing schedule and to coincide with the Case Management Conference set in this case on December 9, 2011. The requested time modifications will not alter the existing schedule for the case.

AGREED AND SO STIPULATED.

Dated: November 8, 2011                    BAKER BOTTS L.L.P.

*/s/ Jeff Baxter*
Jeffrey D. Baxter

Attorneys for Defendants and Counterclaimants
PRIMARION, INC., INFINEON
TECHNOLOGIES AG, and INFINEON
TECHNOLOGIES NORTH AMERICA CORP.

[signature block continued on next page]

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE**     - 2 -     CASE NO.: c 08-05129-JCS
23666\2852765.1

1 | Dated: November 8, 2011 | FARELLA BRAUN & MARTEL LLP

*/s/ James W. Morando*
James W. Morando

Attorneys for Defendants and Counterclaimants
PRIMARION, INC., INFINEON
TECHNOLOGIES AG, and INFINEON
TECHNOLOGIES NORTH AMERICA CORP.

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE** — - 3 - — CASE NO.: c 08-05129-JCS
23666\2852765.1

# [PROPOSED] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED:

| Event | Date |
|---|---|
| Volterra's Opposition Due | November 14, 2011 |
| Defendants' Reply Due | November 23, 2011 |
| Hearing | December 9, 2011 at 9:30 a.m. |

SO ORDERED.

DATED: 11/9/11



_____
THE HONORABLE JOSEPH C. SPERO

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE

- 4 -

CASE NO.: c 08-05129-JCS
23666\2852765.1