Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING ON DEFENDANTS' MOTION FOR LEAVE (DKT. NO. 1649) AND CASE MANAGEMENT CONFERENCE**<br><br>Dept.: Courtroom A, 15th Floor<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: January 31, 2011 |

Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to moving the hearing on Defendants' Motion for Leave (Docket No. 1649) and the Case Management Conference presently set for December 21, 2011 to December 22, 2011 at 11 a.m.

STIP AND PROPOSED ORDER RE CMC
CASE NO. CV-08-5129 JCS

23666\2877799.1

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that the hearing on Defendants' Motion for Leave and the Case Management Conference be moved to December 22, 2011 at 11 a.m.

IT IS SO STIPULATED.

Dated: December 5, 2011                FARELLA BRAUN & MARTEL LLP


                                       By:       /s/ Jeffrey M. Fisher
                                                Jeffrey M. Fisher

                                       Attorneys for Plaintiff
                                       VOLTERRA SEMICONDUCTOR
                                       CORPORATION


Dated: December 5, 2011                BAKER BOTTS L.L.P.


                                       By:       /s/ Jeffrey D. Baxter
                                                Jeffrey D. Baxter

                                       Attorneys for Defendants and
                                       Counterclaimants
                                       PRIMARION, INC., INFINEON
                                       TECHNOLOGIES AG, AND INFINEON
                                       TECHNOLOGIES NORTH AMERICA
                                       CORP.


# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED THAT:

The hearing on Defendants' Motion for Leave and Case Management Conference are hereby moved to December 22, 2011 at 11 a.m.

**IT IS SO ORDERED:**

DATED: December 6, 2011

                                       _____
                                       THE HONORABLE JOSEPH C. SPERO.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP AND PROPOSED ORDER RE CMC
CASE NO. CV-08-5129 JCS                - 2 -                    23666\2877799.1