UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br>vs.<br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE TO AMEND TO DISMISS WITHOUT PREJUDICE DEFENDANTS' COUNTERCLAIMS (DKT. NO. 1669) AND FOR CONTINUANCE OF HEARING ON THAT MOTION**<br><br>Date: January 13, 2012<br>Time: 9:30 a.m.<br>Location: Courtroom G - 15th Floor<br>Judge: Honorable Joseph C. Spero |

Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to extending the deadlines for briefing of Defendants' Motion for Leave To Amend To Dismiss Without Prejudice To Defendants' Counterclaims [Dkt. No. 1669] and the hearing on that motion as follows:

- **Deadline for Plaintiff to file its Opposition to Motion for Leave.** Extended from December 28, 2011 to January 6, 2012.

- **Deadline for Defendants to file their Reply in Support of Motion for Leave.** Extended from January 4, 2012 to January 13, 2012.

- **Hearing on Motion for Leave.** Reset from January 13, 2012 to January 20, 2012.

Pursuant to Civ. L.R. 6-2(a), the Declaration of Jeffrey M. Fisher in Support of Stipulation and [Proposed] Order Extending Time for Briefing on Defendants' Motion for Leave is being filed concurrently herewith. The Fisher Declaration sets forth with particularity the reasons for the requested time modification, discloses all previous time modifications in this case, and describes the effect the requested modification would have on the schedule for this case.

The extension is sought at the request of Plaintiff so that Plaintiff is accorded the 35-day notice required by Local Rule 7-2(a), and so that Plaintiff will not need to submit briefing over the holidays. The requested time modifications will not alter the existing schedule for the case.

AGREED AND SO STIPULATED.

Dated: December __, 2011               FARELLA BRAUN & MARTEL LLP

                                       */s/ Jeffrey M. Fisher*
                                       Jeffrey M. Fisher

                                       Attorneys for Defendants and Counterclaimants
                                       PRIMARION, INC., INFINEON
                                       TECHNOLOGIES AG, and INFINEON
                                       TECHNOLOGIES NORTH AMERICA CORP.

                                       I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

[signature block continued on next page]

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE**            - 2 -            CASE NO.: c 08-05129-JCS
23666\2902757.1

| | |
|---|---|
| Dated: December __, 2011 | BAKER BOTTS L.L.P. |
| | |
| | */s/ Jeff D. Baxter* |
| | Jeffrey D. Baxter |
| | |
| | Attorneys for Defendants and Counterclaimants PRIMARION, INC., INFINEON TECHNOLOGIES AG, and INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE**     - 3 -     CASE NO.: c 08-05129-JCS

23666\2902757.1

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The deadlines related to Defendants Motion for Leave To Amend To Dismiss Without Prejudice To Defendants' Counterclaims [Dkt. No. 1669] are as follows:

| Event | Date |
| --- | --- |
| Volterra's Opposition Due | January 6, 2012 |
| Defendants' Reply Due | January 13, 2012 |
| Hearing | ~~January 20, 2012~~ at 9:30 a.m. February 17, 2012 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: Jan. 9, 2012



THE HONORABLE JOSEPH C. SPERO

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION FOR LEAVE** — - 4 - — CASE NO.: c 08-05129-JCS
23666\2902757.1