UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Location: Courtroom G - 15th Floor<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: November 1, 2012 |

Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to extending the deadline for Volterra to respond to Defendants' Second Amended Answer Affirmative Defenses, and Counterclaims from January 30, 2012 to February 29, 2012.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME / CASE NO.: CV- 08-05129-JCS**

23666\2943699.1

Pursuant to Civ. L.R. 6-2(a), the Declaration of Jeffrey M. Fisher in Support of Stipulation and [Proposed] Order Extending Time to Respond to Defendants' Second Amended Answer, Affirmative Defenses, and Counterclaims is being filed concurrently herewith. The Fisher Declaration sets forth with particularity the reasons for the requested time modification, discloses all previous time modifications in this case, and describes the effect the requested modification would have on the schedule for this case.

The extension is sought at the request of Plaintiff because an *en banc* panel of the Federal Circuit has recently vacated *Marine Polymer Technologies, Inc. v. Hemcon, Inc.*, 659 F.3d 1084 (Fed. Cir. 2011), a major authority upon which Defendants' intervening rights defense is based. *See* Docket. No. 1696. The addition of Defendants' intervening rights defense is the only amendment in Defendants' Second Amended Answer. Additional time to respond to Defendants' Second Amended Answer will allow the parties time to consider and further discuss the implications of the pending *en banc* review. The requested time modifications will not alter the existing schedule for the case.

AGREED AND SO STIPULATED.

Dated: January 30, 2012                     FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

By: _____/s/ Jeffrey M. Fisher_____
Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION, a Delaware corporation

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME / CASE NO.: CV- 08-05129-JCS**

- 2 -

23666\2943699.1

| | | |
|---|---|---|
| 1 | Dated: January 30, 2012 | BAKER BOTTS L.L.P. |
| 2 | | |
| 3 | | By: /s/ David G. Wille |
| 4 | | David G. Wille |
| 5 | | Attorneys for Defendants and Counterclaimants PRIMARION, INC., INFINEON TECHNOLOGIES AG, and |
| 6 | | INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME / CASE NO.: CV- 08-05129-JCS** - 3 -

23666\2943699.1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The deadlines to respond to Defendants' Second Amended Answer, Affirmative Defenses and Counterclaims is extended from January 30, 2012 to February 29, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 31, 2012

_____

THE HONORABLE JOSEPH C. SPERO