UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.  08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR COMPLETION OF FACT WITNESS DEPOSITIONS AND OTHER CASE DEADLINES**<br><br>Location:   Courtroom G - 15th Floor<br>Judge:       Honorable Joseph C. Spero<br><br>Complaint Filed:   November 12, 2008<br>Trial Date:   November 1, 2012 |

Pursuant to Civ. L.R. 6-1(b) and their February 7, 2012 meet and confer session, the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to extending the current case deadlines in the damages/willfulness phase of the action as set forth below.  The requested time modifications will not alter the existing pretrial and/or trial dates set forth in the Further Case Management and

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME / CASE NO.: CV- 08-05129-JCS**

23666\2961505.1

Pretrial Order, dated January 5, 2012 (Docket No. 1685).

| Deadline | Current Deadline | Revised Deadline |
|---|---|---|
| Extension of date for completion of fact witness depositions | 3/15/12 | 4/20/12[1] |
| Opening Expert Disclosures and Reports Due | 3/16/12 | 4/30/12 |
| Responding Expert Disclosures and Reports Due | 4/16/12 | 5/29/12 |
| Reply Expert Disclosures and Reports Due | 5/1/12 | 6/12/12 |
| Completion of Expert Depositions | N/A | 6/22/12 |
| Daubert Opening Briefs Due | 5/15/12 | 6/29/12 |
| Daubert Responsive Briefs Due | 6/1/12 | 7/13/12 |
| Daubert Hearing Date | 6/29/12 | ~~8/10/12~~ 8/24/12 @ 9:30 AM-JCS |
| Supplementation of Volterra damages expert report (with respect to supplemental amounts of damages and current projections of future sales) | N/A | 10/15/12 |
| Final Pretrial Conference | 10/19/12 | 10/19/12 |
| Trial Date | 11/1/12 | 11/1/12 |

---

[1] The parties agree that the current March 15, 2012 fact discovery cut-off date shall continue to apply only to new written discovery served by the parties on each other, such that the last day for service (via hand-delivery) of written discovery on each other will be February 14, 2012. This agreement does not limit the parties' ability to seek written discovery from third parties. It does not limit the parties' ability to supplement their responses to existing written discovery. All this agreement does is prohibit the serving of new written discovery requests on a party to the case after February 14, 2012.

AGREED AND SO STIPULATED.

| | |
|---|---|
| Dated: February 15, 2012 | FARELLA BRAUN + MARTEL LLP |
| I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | By: _____/s/ Jeffrey M. Fisher_____<br>Jeffrey M. Fisher<br><br>Attorneys for Plaintiff<br>VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation |
| Dated: February 15, 2012 | BAKER BOTTS L.L.P.<br><br>By: _____/s/ David G. Wille_____<br>David G. Wille<br><br>Attorneys for Defendants and Counterclaimants PRIMARION, INC., INFINEON TECHNOLOGIES AG, and INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME / CASE NO.: CV- 08-05129-JCS** - 3 -

23666\2961505.1

1  **[PROPOSED] ORDER**

2   PURSUANT TO STIPULATION IT IS ORDERED THAT:

3   The date for completion of fact witness depositions and other case deadlines are extended
                                                        as modified - JCS
4   as set forth above.

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7

8

9

10  DATED: Feb. 17, 2012

11                                          IT IS SO ORDERED
                                            AS MODIFIED
                                            Judge Joseph C. Spero
12                                  THE HONORABLE JOSEPH C. SPERO

13

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME / CASE NO.: CV- 08-05129-JCS**   - 4 -   23666\2961505.1