Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 08-5129 JCS<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>Location: Courtroom G - 15th Floor<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: November 12, 2008<br>Trial Date: November 1, 2012 |

Pursuant to Civ. L.R. 6-1(b), the Parties to this Stipulation, Plaintiff Volterra Semiconductor Corporation and Defendants Primarion, Inc., Infineon Technologies North America Corp., and Infineon Technologies AG, by and through their respective counsel, jointly stipulate to extending the deadline for Volterra to respond to Defendants' Second Amended Answer Affirmative Defenses, and Counterclaims from February 29, 2012[1] until thirty (30) days

---
[1] The parties had previously stipulated to extend this deadline to February 29, 2012. Dkt No. 1706.

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME / CASE NO.: CV- 08-05129-JCS**

23666\2973985.1

after the *en banc* panel of the Federal Circuit issues its ruling in *Marine Polymer Technologies, Inc. v. Hemcon, Inc.*, 659 F.3d 1084 (Fed. Cir. 2011), a major authority upon which Defendants' intervening rights defense is based. *See* Docket. No. 1696.

Pursuant to Civ. L.R. 6-2(a), the Declaration of Jeffrey M. Fisher in Support of Stipulation and [Proposed] Order Extending Time to Respond to Defendants' Second Amended Answer, Affirmative Defenses, and Counterclaims is being filed concurrently herewith. The Fisher Declaration sets forth with particularity the reasons for the requested time modification, discloses all previous time modifications in this case, and describes the effect the requested modification would have on the schedule for this case.

As set forth in the Fisher Declaration, this further extension is sought because the *en banc* panel of the Federal Circuit has recently vacated *Marine Polymer Technologies, Inc. v. Hemcon, Inc.*, 659 F.3d 1084 (Fed. Cir. 2011). The addition of Defendants' intervening rights defense is the only amendment in Defendants' Second Amended Answer. Additional time to respond to Defendants' Second Amended Answer as requested in this Stipulation will allow time for the *en banc* panel to review and rule on the *Marine Polymer* decision and then allow time for the parties time to consider and further discuss the implications of the *en banc* panel's decision and its impact on Defendants' intervening rights defense. The requested time modifications will not alter the existing schedule for the case.

AGREED AND SO STIPULATED.

Dated: February 28, 2012                                         FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

By: _____/s/ Jeffrey M. Fisher_____
        Jeffrey M. Fisher

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR
CORPORATION, a Delaware corporation

| | | |
|---|---|---|
| 1 | Dated: February 28, 2012 | BAKER BOTTS L.L.P. |
| 2 | | |
| 3 | | By: /s/ David G. Wille |
| 4 | | David G. Wille |
| 5 | | Attorneys for Defendants and Counterclaimants PRIMARION, INC., INFINEON TECHNOLOGIES AG, and INFINEON TECHNOLOGIES NORTH AMERICA CORP. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME / CASE NO.: CV- 08-05129-JCS** - 3 -

23666\2973985.1

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION IT IS ORDERED THAT:

The deadlines to respond to Defendants' Second Amended Answer, Affirmative Defenses and Counterclaims is extended from February 29, 2012 until thirty (30) days after the *en banc* panel of the Federal Circuit issues its ruling in *Marine Polymer Technologies, Inc. v. Hemcon, Inc.*, 659 F.3d 1084 (Fed. Cir. 2011).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 29, 2012

_____
THE HONORABLE JOSEPH C. SPERO

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME / CASE NO.: CV- 08-05129-JCS     - 4 -     23666\2973985.1