1

2

3                     UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5   VOLTERRA SEMICONDUCTOR CORP.,        Case No.  C-08-05129 JCS

6           Plaintiff,
                                         **ORDER DENYING DEFENDANTS'**
7       v.                               **REQUEST TO FILE SUMMARY**
                                         **JUDGMENT MOTIONS [Docket No. 1727]**
8   PRIMARION, INC., ET AL.,

9           Defendants.
    _____/

10

11          On March 21, 2012, Defendants filed a letter brief requesting leave to file a summary

12  judgment motion addressing legal issues related to the alleged willful infringement of the Burstein

13  Patents.  On March 26, 2012, Volterra filed a letter brief opposing the request.  Having considered

14  the parties' briefs, the Court DENIES Defendants' request.

15          IT IS SO ORDERED.

16

17  Dated: March 27, 2012

18

19

20          _____

21          JOSEPH C. SPERO
            United States Magistrate Judge

22

23

24

25

26

27

28