UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., ET AL.,<br><br>Defendants.<br>_____/ | Case No. C-08-05129 JCS<br><br>**ORDER STRIKING INTERVENING RIGHTS DEFENSE FROM DEFENDANTS' SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |

On December 22, 2011, the Court granted in part Defendants' motion to amend their answer to assert an intervening rights affirmative defense. *See* Docket No. 1649 (Defendants' Motion for Leave (1) to Amend Their Answer to Assert a Defense of Intervening Rights, (2) to Move for Summary Judgment on Their Intervening Rights Defense, and (3) to Move to Set Aside the Parties' Stipulations and for Reconsideration of Summary Judgment of Infringement), Docket No. 1681 (minute order of December 22, 2011 hearing). On the record, the Court explained that it was permitting Defendants to amend their answer at this late stage of the case only because of a change in the law, namely, the Federal Circuit's decision in *Marine Polymer Techs., Inc. v. Hemcon, Inc.*, --- F.3d ---, No. 2010-1548, 2011 WL 4435986 (Fed. Cir. Sept. 26, 2011). Subsequently, the Federal Circuit, sitting *en banc*, reversed the panel decision in the *Marine Polymer* case. *See* Docket No. 1728. Therefore, the Court **STRIKES** Defendants' intervening rights defense (asserted as

Defendants' Ninth Affirmative Defense in the Second Amended Answer, Affirmative Defenses, and Counterclaims, docket no. 1693).

IT IS SO ORDERED.

Dated: April 3, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge