**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6    VOLTERRA SEMICONDUCTOR                    Case No.  C-08-05129 JCS
     CORPORATION,
7
8              Plaintiff,                      **ORDER TO FILE MOTIONS AND
                                               BRIEFING SCHEDULE**
9         v.
10   PRIMARION, INC., ET AL.,
11             Defendants.
     _____/
12
13        IT IS HEREBY ORDERED THAT:
14        1.  Plaintiff shall file a Motion to Amend Damage Study and Defendants shall file a Cross-
15   Motion for Summary Judgment that Volterra Can Not Recover Price Erosion Damages for Sales by
16   Volterra Asia and/or For Preclusion of the Current Volterra Damage Study (the "Motions") on or
17   before October 19, 2012.
18        2.  Opposition memorandums shall be filed by November 2, 2012.
19        3.  Reply briefs shall be filed November 9, 2012.
20        4.  Oral argument on the Motions shall be heard on **December 7, 2012, at 9:30 a.m.**
21        IT IS SO ORDERED.
22
23   Dated:  August 1, 2012
24
25
26   _____
27   JOSEPH C. SPERO
     United States Magistrate Judge
28