UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., et al.,<br><br>Defendants. | Case No.  08-cv-05129-JCS<br><br>**ORDER TO SHOW CAUSE RE MOTION TO PRECLUDE**<br><br>Re: Dkt. No. 1898 |

Defendants have filed a Motion to Preclude Plaintiff from Offering Evidence of Copying of Unpatented Features of Processes  ("the Motion") in which they ask the Court to issue an order precluding Volterra from offering certain evidence in the upcoming damages trial, set to begin November 4, 2013.  The Motion is noticed for hearing on July 19, 2013.  The parties are ordered to show cause why the Motion should not be denied without prejudice to raising the issues that are the subject of Defendants' Motion in a motion in limine  before trial.  The parties shall file brief responses (not to exceed five pages) to this Order to Show Cause by Monday, June 24, 2013.

**IT IS SO ORDERED**.

Dated: June 20, 2013

JOSEPH C. SPERO
United States Magistrate Judge