UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLTERRA SEMICONDUCTOR
CORPORATION,

          Plaintiff,

    v.

PRIMARION, INC., ET AL.,

          Defendants.

_____/

Case No.  C-08-05129 JCS

**ORDER DENYING WITHOUT
PREJUDICE DEFENDANTS' MOTION
TO PRECLUDE PLAINTIFF FROM
OFFERING EVIDENCE OF COPYING
OF UNPATENTED FEATURES OR
PROCESSES [Dkt No. 1898]**

      IT IS HEREBY ORDERED that Defendants' Motion to Preclude is DENIED without prejudice to refiling as part of any Daubert or summary judgment motion addressed to damages, or as a motion in limine.

      IT IS SO ORDERED.

Dated: June 27, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
For the Northern District of California