DAVID G. WILLE (*Pro Hac Vice*) (TX Bar No. 08945388)
JEFFERY D. BAXTER (*Pro Hac Vice*) (TX Bar No. 24006816)
AARON D. DAVIDSON (*Pro Hac Vice*) (TX Bar No. 24007080)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6791
Facsimile: (214) 661-4791
E-mail: david.wille@bakerbotts.com
E-mail: jeff.baxter@bakerbotts.com
E-mail: aaron.davidson@bakerbotts.com

STEPHEN E. TAYLOR (SBN 058452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendants and Counterclaimants
PRIMARION, INC., INFINEON TECHNOLOGIES AG, and
INFINEON TECHNOLOGIES NORTH AMERICA CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PRIMARION, INC., a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 (JCS)<br><br>**DECLARATION OF REYNALDO DOMINGO**<br><br>Judge:        Honorable Joseph C. Spero<br>Complaint Filed:    November 12, 2008<br><br>Lodged Under Seal Pursuant to Civil Local Rule 79-5 |

DECLARATION OF REYNALDO DOMINGO                    CASE NO.: CV-08-05129 (JCS)