UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VOLTERRA SEMICONDUCTOR CORPORATION,

Plaintiff,

v.

PRIMARION, INC., et al.,

Defendants.

Case No. 08-cv-05129-JCS

**ORDER TO FILE UNDER SEAL COURT'S SEPTEMBER 24, 2013 ORDER**

The Court hereby ORDERS that its September 24, 2013 Order re *Daubert* Motions And Defendants' Summary Judgment Motion [Docket No.2004] is under seal. The Court intends to publish the entire opinion in the public record within ten (10) days of the date of this Order. If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than one week from the date of this Order.

IT IS SO ORDERED.

**IT IS SO ORDERED**.

Dated: September 24, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge