

**JAMES W. MORANDO**
jmorando@fbm.com
D 415.954.4457

October 11, 2013

*Via ECF*

Honorable Joseph C. Spero
U.S. Magistrate Judge
U.S. District Court, Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco CA 94102

      Re:    Volterra Semiconductor Corporation v. Primarion, et al
              Case No. 08-cv-05129 JCS

Dear Judge Spero:

    We are writing in response to the Court's Order entered following the September 27, 2013 Case Management Conference requiring the parties to meet and confer regarding a mediation. *See* Dkt. No. 2014. Counsel for the parties have conducted preliminary investigations regarding possible mediators and their availability. As a result of the fact that Volterra was just last week acquired by Maxim Integrated Products and the transitions occurring as a result of that acquisition, however, Volterra is not in a position to yet meaningfully meet and confer regarding the selection of a mediator or a mediation date.

    Volterra therefore requests an extension until October 25, 2013 to update the Court. Defendants are in agreement with the requested extension.

Dated: 10/15/13



Respectfully submitted,

FARELLA BRAUN & MARTEL LLP

By:    */s/ James W. Morando*
       James W. Morando

Attorneys for Plaintiff
VOLTERRA SEMICONDUCTOR CORPORATION

23666\3913834.1