UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PRIMARION, INC., et al.,<br><br>Defendants. | Case No. 08-cv-05129-JCS<br><br>**ORDER FOR ADDITIONAL BRIEF IN SUPPORT OF REQUESTED REDACTIONS OF COURT'S ORDER RE DAUBERT MOTIONS DEFENDANTS' SUMMARY JUDGMENT MOTION** |

    Plaintiff Volterra Semiconductor Corporation ("Volterra") has requested redactions of the Court's Order re Daubert Motions and Defendants' Summary Judgment Motion. The standard for sealing any portion of the Court's opinion is high because of the strong presumption in favor of public access that adheres to judicial documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A party can overcome this presumption only by articulating compelling reasons supported by specific facts showing that its interest in maintaining the secrecy of the information outweighs the public policy favoring disclosure. *Id*. Volterra's declaration requesting redactions of the Court's Order does not meet this standard because it provides only a brief and conclusory statement that the redacted information "relates to Volterra's corporate structure, its licensing programs and/or decisions concerning its pricing" without providing specific facts showing how the disclosure of the specific information would pose a "substantial risk of serious injury."

    Volterra is requested to file an additional brief and supporting declaration providing specific facts to demonstrate that each requested redaction is supported by compelling reasons that justify

keeping the information under seal.   Volterra's additional submission in support of its requested redactions shall be filed by November 8, 2013.

**IT IS SO ORDERED**.

Dated:  October 22, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge