UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIMARION, INC., et al.,<br><br>　　　　　Defendants. | Case No.  08-cv-05129-JCS   (JCS)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR REDACTIONS** |

　　The Court has reviewed the redactions proposed by Volterra Semiconductor Corporation to the Court's Order re Daubert Motions and Defendants' Summary Judgment Motion. Plaintiff has demonstrated that there are compelling reasons for maintaining the confidentiality of the redacted information. Accordingly, Volterra's request is GRANTED. A public version of the order with the requested redactions will be filed by the Court.

　　**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge