| | |
|---|---|
| Edward R. Reines (Bar No. 135960)<br>edward.reines@weil.com<br>Sonal N. Mehta (Bar No. 222086)<br>sonal.mehta@weil.com<br>Anne Cappella (Bar No. 181402)<br>anne.cappella@weil.com<br>Justin M. Lee (Bar No. 268310)<br>justin.m.lee@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>Silicon Valley Office<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>James W. Morando (Bar No. 087896)<br>jmorando@fbm.com<br>Jeffrey M. Fisher (Bar No. 155284)<br>jfisher@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Plaintiff<br>Volterra Semiconductor Corporation | David G. Wille (Pro Hac Vice)<br>(TX Bar No. 08945388)<br>david.wille@bakerbotts.com<br>Jeffery D. Baxter (Pro Hac Vice)<br>(TX Bar No. 24006816)<br>jeff.baxter@bakerbotts.com<br>Aaron Davidson (Pro Hac Vice)<br>(TX Bar No. 24007080)<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Telephone: (214) 953-6791<br>Facsimile: (214) 661-4791<br><br>Stephen E. Taylor (SBN 058452)<br>staylor@tcolaw.com<br>Jonathan A. Patchen (SBN 237346)<br>jpatchen@tcolaw.com<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>One Ferry Building, Suite 355<br>San Francisco, California 94111<br>Telephone: (415) 788-8200<br>Facsimile: (415) 788-8208<br><br>Attorneys for Defendants and<br>Counterclaimants Primarion, Inc., Infineon<br>Technologies AG, and Infineon<br>Technologies North America Corp |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTERRA SEMICONDUCTOR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>PRIMARION, INC. a Delaware corporation, INFINEON TECHNOLOGIES AG, a German corporation, and INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-08-5129 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION DATE**<br><br>Hon. Joseph C. Spero |

STIPULATION REGARDING MEDIATION DATE                      Case No. CV-08-5129 JCS

WHEREAS, this action was previously referred to Judge Beeler for settlement at the parties' request (D.I. 2030).

WHEREAS the settlement conference before Judge Beeler is presently set for February 11, 2014 (D.I. 2034).

WHEREAS the parties, having met and conferred regarding the availability of their party representatives, respectfully request the Court to move the date of the settlement conference from February 11, 2014 to January 21, 2014, subject to the Court's availability.

Accordingly, IT IS HEREBY STIPULATED, subject to Court approval, as follows:

The date of the settlement conference before Judge Beeler is reset to January 21, 2014 and the February 11 date is vacated.

Dated: November 20, 2013     WEIL, GOTSHAL & MANGES LLP

By: _____*/s/ Edward R. Reines*_____
Edward R. Reines
Attorneys for Plaintiff
Volterra Semiconductor
Corporation

Date: November 20, 2013     BAKER BOTTS LLP

By: _____*/s/ Jeffrey D. Baxter*_____
Jeffrey D. Baxter
Attorneys for Defendants
PRIMARION, INC. and INFINEON
TECHNOLOGIES NORTH AMERICA
CORPORATION

STIPULATION REGARDING MEDIATION DATE   1   Case No. CV-08-5129 JCS

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION IT IS SO ORDERED THAT:

3  The settlement conference in front of Judge Beeler is reset to January 21, 2014 at

4  _____ in Courtroom C, 15th Floor, San Francisco.  The settlement conference

5  previously set to February 21, 2014 is vacated.

6  **IT IS SO ORDERED.**

7

8  DATED: _____

9  _____
   THE HONORABLE LAUREL BEELER