**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**


**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

**Date:** October 30, 2014


**C 08-5129 JCS (LB) and C 11-6239 MMC (LB)**

**Volterra Semiconductor Corporation v Primarion, Inc., et al.
Infineon Technologies AG v. Volterra Semiconductor Corporation**

| | |
|---|---|
| Plaintiff Attorney(s): | Edward R. Reines, Mary Fuller, Jason Cheng, Ed Medlin |
| Defendant Attorney(s): | Stephen E. Taylor, Greg Bibbes, Jeffery D. Baxter, David D. Wille and Michael Guntersdorfer (tele) |
| Client(s): | Matt Murphy, Craig Teuscher, Ph.D, Maher S. Matta |

Deputy Clerk: **LASHANDA SCOTT**   Time: 8 Hours
Reporter: N/A


**PROCEEDINGS:**                                                 **RULING:**

1. Settlement Conference                                          Matter Held
2. _____           _____

(  ) Status Conference      (  ) P/T Conference      (  ) Case Management Conference

**ORDERED AFTER HEARING:**
Further settlement conference held.  Case settled.

(   ) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court__